ELLIS GEORGE CIPOLLONE O'BRIEN LLP
Eric M. George (State Bar No. 166403)
  egeorge@egcfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@egcfirm.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

John V. Coghlan (DC Bar No. 1020405), *pro hac vice forthcoming*
  jcoghlan@egcfirm.com
Tara Helfman (DC Bar No. 90009379), *pro hac vice forthcoming*
  thelfman@egcfirm.com
1155 F Street, NW, Suite 750
Washington, DC 20004
Telephone: (202) 249-6900
Facsimile: (202) 249-6899

THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW, INC.
Kenneth L. Marcus (DC Bar No. 437391), *pro hac vice forthcoming*
  klmarcus@brandeiscenter.com
L. Rachel Lerman (State Bar No. 193080), *membership application pending*
1717 Pennsylvania Ave., NW, Suite 1025
Washington, DC 20006
Telephone: (202) 559-9296

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE)<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA AT BERKELEY; BERKELEY LAW SCHOOL; MICHAEL DRAKE, in his official capacity as President of the University of California; CAROL T. CHRIST, in her official capacity as Chancellor of the University of California, Berkeley; BEN HERMALIN, in his official capacity as Provost of the University of California,<br><br>Defendants. | Case No. 3-23-cv-06133<br><br>**THE LOUIS D. BRANDEIS CENTER, INC. AND JEWISH ADMERICANS FOR FAIRNESS IN EDUCATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES AND PERSONS** |

Plaintiffs The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education disclose the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the Northern District of California:

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned certifies that neither The Louis D. Brandeis Center, Inc. nor Jewish Americans for Fairness in Education have parent corporations and no publicly held corporation owns 10% or more of either party.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

DATED:  November 28, 2023

By: _____
Eric M. George
Ellis George Cipollone O'Brien LLP

*Attorney for Plaintiffs*
*The Louis D. Brandeis Center, Inc. and Jewish*
*Americans for Fairness in Education*