ELLIS GEORGE CIPOLLONE O'BRIEN LLP
Eric M. George (State Bar No. 166403)
  egeorge@egcfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@egcfirm.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

John V. Coghlan (DC Bar No. 1020405), *pro hac vice forthcoming*
  jcoghlan@egcfirm.com
Tara Helfman (DC Bar No. 90009379), *pro hac vice forthcoming*
  thelfman@egcfirm.com
1155 F Street, NW, Suite 750
Washington, DC 20004
Telephone: (202) 249-6900
Facsimile: (202) 249-6899

THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW, INC.
Kenneth L. Marcus (DC Bar No. 437391), *pro hac vice forthcoming*
  klmarcus@brandeiscenter.com
L. Rachel Lerman (State Bar No. 193080), *membership application pending*
1717 Pennsylvania Ave., NW, Suite 1025
Washington, DC 20006
Telephone: (202) 559-9296

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE)<br><br>        Plaintiffs,<br><br>    vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA AT BERKELEY; BERKELEY LAW SCHOOL; MICHAEL DRAKE, in his official capacity as President of the University of California; CAROL T. CHRIST, in her official capacity as Chancellor of the University of California, Berkeley; BEN HERMALIN, in his official capacity as Provost of the University of California,<br><br>        Defendants. | Case No. 3:23-cv-06133<br><br>**NOTICE OF APPEARANCE OF DAVID J. CARROLL** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that David J. Carroll of Ellis, George, Cipollone, O'Brien LLP, hereby appears as counsel for Plaintiffs The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education (JAFE). Mr. Carroll is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email address are as follows:

> David J. Carroll, Bar No. 291665]
> Ellis George Cipollone O'Brien LLP
> 2121 Avenue of the Stars
> Suite 3000
> Los Angeles, CA 90067
> Telephone: (310) 274-7100
> Facsimile: (310) 275-5697
> Email: dcarroll@egcfirm.com

Please serve said counsel with all pleadings and notices in this action.

DATED: November 28, 2023

By:     /s/ David J. Carroll
     David J. Carroll
     Ellis George Cipollone O'Brien LLP

*Attorney for Plaintiffs*
*The Louis D. Brandeis Center, Inc. and Jewish*
*Americans for Fairness in Education*