UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The Louis D. Brandeis Center; Jewish Americans for Fairness in Education ,

Plaintiff(s),

v.

Regents of the University of California, et al. ,

Defendant(s).

Case No. 3:23-cv-06133

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John V. Coghlan , an active member in good standing of the bar of

District of Columbia , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: The Louis D. Brandeis Center, Inc.; Jewish Americans For Fairness in Education in the

above-entitled action. My local co-counsel in this case is David J. Carroll , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 291665 .

1155 F Street, NW, Suite 750
Washington, DC 20004
MY ADDRESS OF RECORD

2121 Avenue of the Stars, Suite 3000
Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202-249-6900
MY TELEPHONE # OF RECORD

310-274-7100
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jcoghlan@egcfirm.com
MY EMAIL ADDRESS OF RECORD

dcarroll@egcfirm.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 1020405 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months

preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 11/28/2023 _____                    /s/ John V. Coghlan _____
                                                   APPLICANT

5

6   ═══════════════════════════════════════════════════════════════════

7

8                          ORDER GRANTING APPLICATION

9                     FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  John V. Coghlan _____  is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17                                    _____

18                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# John Coghlan

was duly qualified and admitted on May 16, 2014 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on December 07, 2022.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*