1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3  The Louis D. Brandeis Center;
4  Jewish Americans for Fairness in Education,

Case No. _____

5       Plaintiff(s),

6  v.

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

7  Regents of the University of California, et al.

8       Defendant(s).

10  I, Tara Helfman, an active member in good standing of the bar of

11  District of Columbia, hereby respectfully apply for admission to practice pro hac

12  vice in the Northern District of California representing: The Louis D. Brandeis Center, Inc.; Jewish Americans For Fairness in Education in the

13  above-entitled action. My local co-counsel in this case is David J. Carroll, an

14  attorney who is a member of the bar of this Court in good standing and who maintains an office

15  within the State of California. Local co-counsel's bar number is: 291665.

16  
1155 F Street, NW, Suite 750  
Washington, DC 20004  
MY ADDRESS OF RECORD

2121 Avenue of the Stars, Suite 3000  
Los Angeles, CA 90067  
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  202-249-6900  
MY TELEPHONE # OF RECORD

310-274-7100  
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20  thelfman@egcfirm.com  
MY EMAIL ADDRESS OF RECORD

dcarroll@egcfirm.com  
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

22  I am an active member in good standing of a United States Court or of the highest court of

23  another State or the District of Columbia, as indicated above; my bar number is: 90009379.

24  A true and correct copy of a certificate of good standing or equivalent official document

25  from said bar is attached to this application.

26  I have been granted pro hac vice admission by the Court 0 times in the 12 months

27  preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 11/28/2023                                    Tara Helfman
                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Tara Helfman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Tara Jill Helfman*

was duly qualified and admitted on February 1, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 10, 2023.*

JULIO A. CASTILLO
Clerk of the Court

*Issued By:*

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*