UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Louis D. Brandeis Center; Jewish Americans for Fairness in Education<br><br>Plaintiff(s),<br><br>v.<br><br>Regents of the University of California; University of California At Berkeley; Berkeley Law School; Michael Drake, in his official capacity as President of the University of California; Carol T. Christ, in her official capacity as Chancellor of the University of California, Berkeley; Ben Hermalin, in his official capacity as Provost of the University of California<br><br>Defendant(s). | Case No. 3:23-cv-06133<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☑ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: December 12, 2023

NAME: David J. Carroll

/s/ David J. Carroll
*Signature*

COUNSEL FOR (OR "PRO SE"): The Louis D. Brandeis Center; Jewish Americans for Fairness in Education