1  CHARLES F. ROBINSON (State Bar No. 113197)
   Charles.Robinson@ucop.edu
2  Rhonda S. Goldstein (State Bar No. 250387)
   Rhonda.Goldstein@ucop.edu
3  CAROL LYNN THOMPSON (State Bar No. 148079)
   Carol.Thompson@ucop.edu
4  UNIVERSITY OF CALIFORNIA
   Office of the General Counsel
5  1111 Franklin Street, 8th Floor
   Oakland, CA 94607-9800
6  Telephone:   (510) 987-9800
   Facsimile:   (510) 987-9757

Attorneys for Defendants, THE REGENTS OF
THE UNIVERSITY OF CALIFORNIA;
UNIVERSITY OF CALIFORNIA AT
BERKELEY; BERKELEY SCHOOL OF LAW;
MICHAEL DRAKE; CAROL T. CHRIST, and
BEN HERMALIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE), <br><br>Plaintiffs, <br><br>vs. <br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA AT BERKELEY; BERKELEY SCHOOL OF LAW; MICHAEL DRAKE, in his official capacity as President of the University of California; CAROL T. CHRIST, in her official capacity as Chancellor of the University of California, Berkeley; BEN HERMALIN, in his official capacity as Provost of the University of California, <br><br>Defendants. | **Case No. 3:23-CV-016133** <br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

WHEREAS, Plaintiffs The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education (JAFE), collectively "Plaintiffs," filed this action on November 28, 2023;

1  WHEREAS, Defendants The Regents of the University of California, University of
2 California at Berkeley, Berkeley Law School, as well as Michael Drake, Carol T. Christ, and Ben
3 Hermalin in their official capacities, collectively "Defendants", were served with the Summons
4 and Complaint on November 29, and on November 30, 2023; and
5  WHEREAS Defendants' responses to the Complaint would be due on either December 20
6 or December 21, 2023;
7  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
8 attorneys that pursuant to Local Rule 6-1, Defendants may have additional time within which to
9 respond to Plaintiffs' complaint, by motion, answer, or otherwise so that the last day for
10 Defendants to respond to Plaintiffs' complaint is January 22, 2024.
11  Good cause exists for this extension as Defendants are in the process of retaining outside
12 counsel to represent them and such counsel will require time to become knowledgeable about the
13 case to prepare an initial pleading.
14  This document is being electronically filed through the Court's ECF System. Counsel for
15 Defendants hereby attests that (1) the content of this document is acceptable to all persons
16 required to sign the document; (2) Plaintiffs' counsel has concurred with the filing of this
17 document; and (3) a record supporting this concurrence is available for inspection or production if
18 so ordered.

20 DATED: December 20, 2023        UNIVERSITY OF CALIFORNIA,
                                   OFFICE OF THE GENERAL COUNSEL

                                   By: *Carol Lynn Thompson*
                                        CAROL LYNN THOMPSON
                                        Attorneys for Defendants

25 DATED: December 20, 2023        ELLIS GEORGE CIPOLLONE O'BRIEN, LLP.

                                   By:       *X*
                                        DAVID J. CARROLL
                                        Attorneys for Plaintiffs