AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| The Louis D. Brandeis Center, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-06133-JD |
| Regents of the University of California et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Regents of the University of California; University of California at Berkeley; Berkeley Law School; Michael Drake; Carol Christ; Ben Hermalin.

Date: 01/11/2024

/s/
*Attorney's signature*

Bryan H. Heckenlively, State Bar No. 279140
*Printed name and bar number*

Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
*Address*

bryan.heckenlively@mto.com
*E-mail address*

(415) 512-4000
*Telephone number*

(415) 512-4077
*FAX number*