HAILYN J. CHEN (State Bar No. 237436)
hailyn.chen@mto.com
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

BRYAN H. HECKENLIVELY (State Bar No. 279140)
bryan.heckenlively@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants, THE REGENTS OF
THE UNIVERSITY OF CALIFORNIA, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE),<br><br>                Plaintiffs,<br><br>        vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA AT BERKELEY; BERKELEY SCHOOL OF LAW; MICHAEL DRAKE, in his official capacity as President of the University of California; CAROL T. CHRIST, in her official capacity as Chancellor of the University of California, Berkeley; BEN HERMALIN, in his official capacity as Provost of the University of California,<br><br>                Defendants. | Case No. 3:23-cv-06133-JD<br><br>**SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiffs The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education, and Defendants Regents of the University of California, the University of California at Berkeley, Berkeley School of Law, Michael Drake, Carol T. Christ, and Ben Hermalin, through

their counsel, and without admission of any kind, or waiver of any defense, objection, or response, stipulate as follows:

WHEREAS, Plaintiffs filed this action on November 28, 2023, and Defendants were served with the Summons and Complaint on November 29 and November 30;

WHEREAS, Defendants' responses to the Complaint would have been due on either December 20 or December 21, 2023 pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i);

WHEREAS, Local Rule 6-1 permits the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint," if "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the parties previously stipulated to extend Defendants' time to answer or otherwise respond to the Complaint to January 22, 2024, pursuant to Local Rule 6-1;

WHEREAS, the parties have agreed to extend Defendants' time to answer or otherwise respond to the Complaint for fourteen additional days pursuant to Local Rule 6-1;

WHEREAS, this stipulation will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, Plaintiffs and Defendants, through their counsel, stipulate as follows:

IT IS HEREBY STIPULATED that Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint is extended to and includes February 5, 2024.

DATED: January 17, 2024         MUNGER, TOLLES & OLSON LLP

                                By:    */s/ Bryan H. Heckenlively*
                                       BRYAN H. HECKENLIVELY
                                       Attorneys for Defendants, THE REGENTS OF
                                       THE UNIVERSITY OF CALIFORNIA, et al.


DATED: January 17, 2024         ELLIS GEORGE CIPOLLONE O'BRIEN LLP

                                By:    */s/ David J. Carroll*
                                       DAVID J. CARROLL
                                       Attorneys for Plaintiffs, THE LOUIS D.
                                       BRANDEIS CENTER, INC., et al.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED:  January 17, 2024

By: */s/ Bryan H. Heckenlively*
BRYAN H. HECKENLIVELY
Attorneys for Defendants, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.