ELLIS GEORGE LLP
Eric M. George (State Bar No. 166403)
  egeorge@ellisgeorge.com
David J. Carroll (State Bar No. 291665)
  dcarroll@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
(310) 274-7100; Facsimile: (310) 275-5697

TORRIDON LAW PLLC
John V. Coghlan (DC Bar No. 1020405), *admitted pro hac vice*
  jcoghlan@torridonlaw.com
Tara Helfman (DC Bar No. 90009379), *admitted pro hac vice*
  thelfman@torridonlaw.com
1155 F Street, NW, Suite 750
Washington, DC 20004
(202) 249-6900; Facsimile: (202) 249-6899

THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW, INC.
Kenneth L. Marcus (DC Bar No. 437391), *pro hac vice forthcoming*
  klmarcus@brandeiscenter.com
L. Rachel Lerman (State Bar No. 193080)
  rlerman@brandeiscenter.com
1717 Pennsylvania Ave., NW, Suite 1025
Washington, DC 20006
(202) 559-9296

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE),, <br><br> Plaintiffs, <br><br> vs. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA AT BERKELEY; BERKELEY LAW SCHOOL; MICHAEL DRAKE, in his official capacity as President of the University of California; CAROL T. CHRIST, in her official capacity as Chancellor of the University of California, Berkeley; BEN HERMALIN, in his official capacity as Provost of the University of California,, <br><br> Defendants. | Case No. 3:23-cv-06133-JD <br><br> **NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION** <br><br> Crtrm.: 11 <br><br> The Hon. James Donato <br><br> Trial Date: None Set |

2364312.1

NOTICE OF CHANGE OF FIRM NAME

Case No. 3:23-cv-06133-JD

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the firm of Ellis George Cipollone O'Brien LLP has changed its name to Ellis George LLP.  The new email address for Eric George is egeorge@ellisgeorge.com.  The new email address for David Carroll is dcarroll@ellisgeorge.com.  The physical address, telephone and fax numbers shall remain the same.

DATED:  January 24, 2024            ELLIS GEORGE LLP
                                              Eric M. George
                                              David J. Carroll

By:   /s/ David J. Carroll
       David J. Carroll
Attorneys for Plaintiffs

# PROOF OF SERVICE

**The Louis D. Brandeis Center, Inc., et al vs. University of California at Berkeley, et al
U.S. District Court, Northern District, Case No. 3:23-cv-06133-JD**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 2121 Avenue of the Stars, 30th Floor, Los Angeles, CA 90067.

On January 24, 2024, I served true copies of the following document(s) described as **NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On January 24, 2024, I caused a copy of the document(s) to be sent from e-mail address cbonilla@ellisgeorge.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 24, 2024, at Los Angeles, California.

Claudia Bonilla

2364312.1

Case No. 3:23-cv-06133-JD

NOTICE OF CHANGE OF FIRM NAME

# SERVICE LIST

*The Louis D. Brandeis Center, Inc., et al vs. University of California at Berkeley, et al*
U.S. District Court, Northern District, Case No. 3:23-cv-06133-JD

| | |
|---|---|
| Bryan H. Heckenlively<br>Hailyn J. Chen<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>San Francisco, CA 94105<br>Tel:  415.512.4000<br>Fax (415) 512.4077<br>Email:  bryan.heckenlively@mto.com<br>stephanie.ferrell@mto.com<br>hailyn.chen@mto.com<br>dkt-filings@mto.com<br>jennifer.galindo@mto.com | Attorneys for All Defendants |
| Carol Lynn Thompson<br>University of California<br>Office of the General Counsel<br>1111 Franklin Street, 8th Floor<br>Oakland, CA  94607-9800<br>Tel. (510) 987-9800<br>Fax (510) 987-9757<br>Email:  carol.thompson@ucop.edu | Attorneys for Defendants The Regents of the University of CA; Univ. of CA at Berkeley; Berkeley School of Law; Michael Drake; Carol Christ & Ben Hermalin |
| THE LOUIS D. BRANDEIS CENTER, INC.<br>Kenneth L. Marcus, pro hac vice forthcoming<br>L. Rachel Lerman<br>1717 Pennsylvania Ave., NW<br>Suite 1025<br>Washington, DC 20006<br>Telephone: (202) 559-9296<br>Email:  klmarcus@brandeiscenter.com;<br>rlerman@brandeiscenter.com | Co-counsel for The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education |
| TORRIDON LAW PLLC<br>John V. Coghlan (Admitted pro hac vice)<br>Tara Helfman (Admitted pro hac vice)<br>1155 F Street NW Suite 750<br>Washington, DC 20004<br>Telephone: (202) 249-6900<br>Email: jcoghlan@torridonlaw.com<br>thelfman@torridonlaw.com | Co-counsel for The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education |