1  HAILYN J. CHEN (State Bar No. 237436)
   hailyn.chen@mto.com
2  350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071-3426
3  Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
4
   BRYAN H. HECKENLIVELY (State Bar No. 279140)
5  bryan.heckenlively@mto.com
   MUNGER, TOLLES & OLSON LLP
6  560 Mission Street, Twenty-Seventh Floor
   San Francisco, California 94105-2907
7  Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
8

9  Attorneys for Defendants, THE REGENTS OF
   THE UNIVERSITY OF CALIFORNIA, et al.
10

11                  UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13

14  THE LOUIS D. BRANDEIS CENTER, INC.;          Case No. 3:23-cv-06133-JD
    JEWISH AMERICANS FOR FAIRNESS IN
15  EDUCATION (JAFE),                            **STIPULATED JOINT REQUEST FOR
                                                 ORDER EXTENDING DEADLINES
16          Plaintiffs,                          REGARDING DEFENDANTS' MOTION
                                                 TO DISMISS**
17      vs.

18  REGENTS OF THE UNIVERSITY OF
    CALIFORNIA; UNIVERSITY OF
19  CALIFORNIA AT BERKELEY; BERKELEY
    SCHOOL OF LAW; MICHAEL DRAKE, in
20  his official capacity as President of the
    University of California; CAROL T. CHRIST,
21  in her official capacity as Chancellor of the
    University of California, Berkeley; BEN
22  HERMALIN, in his official capacity as
    Provost of the University of California,
23
            Defendants.
24

25

26

27

28

Plaintiffs The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education, and Defendants The Regents of the University of California, the University of California at Berkeley, Berkeley School of Law, Michael Drake, Carol T. Christ, and Ben Hermalin, through their counsel, and without admission of any kind, or waiver of any defense, objection, or response, stipulate as follows:

WHEREAS, Plaintiffs filed this action on November 28, 2023, and Defendants were served with the Summons and Complaint on November 29 and November 30;

WHEREAS, the parties previously stipulated (Dkt. 39), pursuant to Civil L.R. 6-1 to extend Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint until February 5, 2024;

WHEREAS, Defendants intend to respond to Plaintiffs' Complaint by filing a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b) on February 5, 2024 and intend to notice that motion for hearing on March 28, 2024, a date agreed upon by all parties;

WHEREAS, Plaintiffs' Opposition to Defendants' Motion to Dismiss would be due on February 20, 2024, pursuant to Civil L.R. 7-3;

WHEREAS Defendants' Reply in Support of the Motion to Dismiss would be due on February 27, 2024, pursuant to Civil L.R.7-3;

WHEREAS, Civil L.R. 6-2 permits the parties to "file a stipulation . . . requesting an order changing time that would . . . extend time frames sent in the Local Rules,";

WHEREAS, in order to allow sufficient time for briefing the issues and in recognition of the courtesy extended by Plaintiffs' counsel in extending Defendants' deadline to file a responsive pleading, the parties have agreed to extend Plaintiffs' deadline to file their Opposition to Defendants' Motion to Dismiss by fourteen additional days;

WHEREAS, the parties have agreed to extend Defendants' deadline to file their Reply in Support of the Motion to Dismiss by seven additional seven days;

WHEREAS, this stipulation will not alter the date of any event or deadline already fixed by Court order and will result in the motion to dismiss being fully briefed approximately 19 days before the planned March 28 hearing date;

NOW, THEREFORE, Plaintiffs and Defendants, through their counsel, file this stipulated request as follows:

Plaintiffs and Defendants HEREBY JOINTLY REQUEST AN ORDER, pursuant to Civil L.R. 6-2(a), changing Plaintiffs' deadline to file their Opposition to Defendants' Motion to Dismiss to and including March 5, 2024; and changing Defendants' deadline to file their Reply in Support of the Motion to Dismiss to and including March 19, 2024;

DATED: February 2, 2024          MUNGER, TOLLES & OLSON LLP

By:  */s/ Bryan H. Heckenlively*
BRYAN H. HECKENLIVELY
Attorneys for Defendants, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.

DATED: February 2, 2024          ELLIS GEORGE CIPOLLONE O'BRIEN LLP

By:  */s/ David J. Carroll*
DAVID J. CARROLL
Attorneys for Plaintiffs, THE LOUIS D. BRANDEIS CENTER, INC., et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2024          THE HONORABLE JAMES DONATO
United States District Court Judge
U.S. District Court, Northern District of California
San Fransico Division

By: _____
THE HONORABLE JAMES DONATO

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By:     */s/ Bryan H. Heckenlively*
       BRYAN H. HECKENLIVELY
       Attorney for Defendants