HAILYN J. CHEN (State Bar No. 237436)
hailyn.chen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

BRYAN H. HECKENLIVELY (State Bar No. 279140)
bryan.heckenlively@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:     (415) 512-4000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE), <br><br> Plaintiffs, <br><br> vs. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA AT BERKELEY; BERKELEY LAW SCHOOL; MICHAEL DRAKE, in his official capacity as President of the University of California; CAROL T. CHRIST, in her official capacity as Chancellor of the University of California, Berkeley; BEN HERMALIN, in his official capacity as Provost of the University of California, <br><br> Defendants. | Case No. 3:23-cv-06133-JD <br><br> **[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT** <br><br> Hearing Date:   March 28, 2024 <br> Time:                10:00 am <br> Place:               Courtroom 11 <br> Judge:               Hon. James Donato |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT**

Having considered Defendants' Motion to Dismiss the Complaint and Motion to Strike Jury Demand and supporting memorandum, the opposition and replies thereto, and the arguments of counsel, the Court finds that Plaintiffs lack standing to bring their claims and thus that the Court lacks subject matter jurisdiction. The Court further finds that Plaintiffs have failed to state a claim on the merits of any of their causes of action. The Complaint is hereby **DISMISSED WITH PREJUDICE**.

DATED: _____

By: _____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE