# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  February 29, 2024                                    Judge:  Hon. James Donato

Time:  20 Minutes

Case No.     **3:23-cv-06133-JD**
Case Name    **The Louis D. Brandeis Center, Inc. et al v. Regents of the University of California et al**

Attorney(s) for Plaintiff(s):   David Carroll
Attorney(s) for Defendant(s):   Brian Heckenlively/Hailyn Chen

Deputy Clerk:  Lisa R. Clark                                Court Reporter:  Ruth Levine

### PROCEEDINGS

Case management conference -- Held

### NOTES AND ORDERS

Plaintiffs may file an amended complaint by March 29, 2024.  The motion to dismiss, Dkt. No. 44, is terminated without prejudice and may be renewed as warranted.

The parties are directed to schedule by March 27, 2024, an in-person meeting of principals to discuss a resolution on the case.  The meeting will be without attorneys and the discussion is deemed confidential and may not be used in any way in the litigation.