| | |
|---|---|
| 1 | ELLIS GEORGE LLP |
| | Eric M. George (State Bar No. 166403) |
| 2 |   egeorge@ellisgeorge.com |
| | David J. Carroll (State Bar No. 291665) |
| 3 |   dcarroll@ellisgeorge.com |
| | 2121 Avenue of the Stars, 30th Floor |
| 4 | Los Angeles, California 90067 |
| | (310) 274-7100; Facsimile: (310) 275-5697 |

ELLIS GEORGE LLP
Eric M. George (State Bar No. 166403)
  egeorge@ellisgeorge.com
David J. Carroll (State Bar No. 291665)
  dcarroll@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
(310) 274-7100; Facsimile: (310) 275-5697

TORRIDON LAW PLLC
John V. Coghlan (DC Bar No. 1020405), *admitted pro hac vice*
  jcoghlan@torridonlaw.com
Tara Helfman (DC Bar No. 90009379), *admitted pro hac vice*
  thelfman@torridonlaw.com
1155 F Street, NW, Suite 750
Washington, DC 20004
(202) 249-6900; Facsimile: (202) 249-6899

THE LOUIS D. BRANDEIS CENTER FOR
HUMAN RIGHTS UNDER LAW, INC.
Kenneth L. Marcus (DC Bar No. 437391), *admitted pro hac vice*
  klmarcus@brandeiscenter.com
L. Rachel Lerman (State Bar No. 193080)
  rlerman@brandeiscenter.com
1717 Pennsylvania Ave., NW, Suite 1025
Washington, DC 20006
(202) 559-9296

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE),, <br><br> Plaintiffs, <br><br> vs. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA et al., <br><br> Defendants. | Case No. 3:23-cv-06133-JD <br><br> **STIPULATED JOINT REQUEST FOR ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT** <br><br> Crtrm.:   11 <br><br> The Hon. James Donato <br><br> Trial Date:  August 11, 2025 |

2396439.1

Case No. 3:23-cv-06133-JD

**STIPULATED JOINT REQUEST FOR ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**

1     Plaintiffs The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in
2 Education, and Defendants The Regents of the University of California, the University of
3 California at Berkeley, Berkeley School of Law, Michael Drake, Carol T. Christ, and Ben
4 Hermalin, through their counsel, and without admission of any kind, or waiver of any defense,
5 objection, or response, stipulate as follows:
6     WHEREAS, Plaintiffs filed this action on November 28, 2023, and Defendants were
7 served with the Summons and Complaint on November 29 and 30, 2023;
8     WHEREAS, the parties previously stipulated to extend the deadline for Defendants to
9 respond to the Complaint first to January 22, 2024 (Dkt. No. 36), and then to February 5, 2024
10 (Dkt. No. 39);
11     WHEREAS, Defendants previously filed a Motion to Dismiss Complaint and Motion to
12 Strike Jury Demand (Dkt. No. 44), for which the parties stipulated to a briefing schedule and a
13 hearing date of March 28, 2024 (Dkt. No. 43), and which the Court adopted (Dkt. No. 45);
14     WHEREAS, on February 29, 2024, the Court: (1) terminated Defendants' Motion to
15 Dismiss Complaint and Motion to Strike Jury Demand without prejudice; (2) granted Plaintiffs
16 leave to file a First Amended Complaint on or before March 29, 2024; and (3) ordered an in-
17 person meeting between the principals of each party to confidentially discuss a potential resolution
18 of the case by March 27, 2024 (Dkt. No. 53);
19     WHEREAS, on March 26, 2024, the principals of each party met to discuss a potential
20 resolution of the case;
21     WHEREAS, based on the meeting of the principals that took place on March 26, 2024, the
22 principals of the parties are currently scheduling a further meeting to discuss a potential resolution
23 of the case;
24     WHEREAS, the parties agree that such further meetings and discussions would be
25 facilitated by an extension of the current deadline for Plaintiffs to file a First Amended Complaint;
26     WHEREAS, the parties have therefore agreed to extend Plaintiffs' deadline to file a First
27 Amended Complaint by twenty days to April 18, 2024;
28     WHEREAS, this stipulation will not alter the date of any other event or deadline already

1  fixed by Court order;

2  NOW, THEREFORE, Plaintiffs and Defendants, through their counsel, file this stipulated

3  request as follows:

4  Plaintiffs and Defendants HEREBY JOINTLY REQUEST AN ORDER, pursuant to Civil

5  L.R. 6-2(a), changing Plaintiffs' deadline to file their First Amended Complaint to and including

6  April 18, 2024;

7

8  DATED: March 28, 2024                    ELLIS GEORGE LLP

9

10
                                            By:  */s/ David J. Carroll*
11                                               David J. Carroll
                                            Attorneys for Plaintiffs The Louis D. Brandeis Center,
12                                          Inc., et al.

13

14  DATED: March 28, 2024                    MUNGER, TOLLES & OLSON LLP

15

16                                          By:  */s/ Bryan H. Heckenlively*
                                                 Bryan H. Heckenlively
17                                          Attorneys for Defendants The Regents of the University
                                            of California, et al.
18

19
                                            **PURSUANT TO STIPULATION, IT IS SO
20                                          ORDERED.**

21
    DATED: March         , 2024              THE HONORABLE JAMES DONATO
22                                           United States District Judge
                                             U.S. District Court, Northern District of California
23                                           San Francisco Division

24

25                                          By:  _____
                                                 The Honorable James Donato
26

27

28

2396439.1                                    -3-                     Case No. 3:23-cv-06133-JD
**STIPULATED JOINT REQUEST FOR ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE
FIRST AMENDED COMPLAINT**

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

*/s/ David J. Carroll*
David J. Carroll
