HAILYN J. CHEN (State Bar No. 237436)
hailyn.chen@mto.com
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

BRYAN H. HECKENLIVELY (State Bar No. 279140)
bryan.heckenlively@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendants, THE REGENTS OF
THE UNIVERSITY OF CALIFORNIA, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE),<br><br>          Plaintiffs,<br><br>     vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA AT BERKELEY; BERKELEY SCHOOL OF LAW; MICHAEL DRAKE, in his official capacity as President of the University of California; CAROL T. CHRIST, in her official capacity as Chancellor of the University of California, Berkeley; BEN HERMALIN, in his official capacity as Provost of the University of California,<br><br>          Defendants. | Case No. 3:23-cv-06133-JD<br><br>**AMENDED STIPULATED JOINT REQUEST FOR ORDER EXTENDING DEADLINES FOR MOTION TO DISMISS AND CASE SCHEDULE** |

Plaintiffs The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education, and Defendants The Regents of the University of California, the University of California at Berkeley, Berkeley School of Law, Michael Drake, Carol T. Christ, and Ben Hermalin, through their counsel, and without admission of any kind, or waiver of any defense, objection, or response, stipulate as follows:

WHEREAS, Plaintiffs filed this action on November 28, 2023, and Defendants were served with the Summons and Complaint on November 29 and November 30;

WHEREAS, per this Court's Scheduling Order dated March 22, 2024 (Dkt. 59), Plaintiffs' deadline to file amended pleadings was May 3, 2024;

WHEREAS, Plaintiffs' First Amended Complaint was filed on May 3, 2024;

WHEREAS, Defendants intend to respond to Plaintiffs' First Amended Complaint by filing a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b) and intend to notice that motion for hearing on August 8, 2024, a date agreed upon by all parties;

WHEREAS, the First Amended Complaint raises causes of action and factual issues that were not included in the original Complaint, and in order to allow sufficient time for briefing the issues, the parties have agreed to extend Defendants' deadline to file their Motion to Dismiss to June 10, 2024;

WHEREAS, the parties have agreed to extend Plaintiffs' deadline to file their Opposition to Defendants' Motion to Dismiss to July 15, 2024;

WHEREAS, the parties have agreed to extend Defendants' deadline to file their Reply in Support of the Motion to Dismiss to July 29, 2024;

WHEREAS, on May 7, 2024, Plaintiffs and Defendants submitted a stipulated joint request to extend Defendants' time to file their Motion to Dismiss and to extend subsequent deadlines related to the briefing on the motion to dismiss consistent with the parties' agreements;

WHEREAS, the proposed order included with that stipulation contained a typographical error in the final paragraph that erroneously suggested that the parties requested that Defendants' deadline to file their Reply in Support of the Motion to Dismiss be August 8, 2024 instead of the agreed-upon date of July 29, 2024;

1   WHEREAS, the Court granted the joint stipulated request and ordered on May 9, 2024, that Defendants' deadline to file their Reply in Support of the Motion to Dismiss would be August 8, 2024;

NOW, THEREFORE, Plaintiffs and Defendants, through their counsel, and after consulting with this Court's Courtroom Deputy Clerk, file this stipulated request as follows:

Plaintiffs and Defendants HEREBY JOINTLY REQUEST AN ORDER, pursuant to Civil L.R. 6-2(a), changing Defendants' deadline to file their Reply in Support of the Motion to Dismiss Plaintiffs' First Amended Complaint to July 29, 2024, without affecting the due date for the Motion to Dismiss or the opposition thereto set by this Court's May 9, 2024 order.

DATED:  May 16, 2024          MUNGER, TOLLES & OLSON LLP

By:     */s/ Bryan H. Heckenlively*
     BRYAN H. HECKENLIVELY
     Attorneys for Defendants, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.

DATED:  May 16, 2024          ELLIS GEORGE CIPOLLONE O'BRIEN LLP

By:     */s/ David J. Carroll*
     DAVID J. CARROLL
     Attorneys for Plaintiffs, THE LOUIS D. BRANDEIS CENTER, INC., et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2024

THE HONORABLE JAMES DONATO
United States District Court Judge
U.S. District Court, Northern District of California
San Franisco Division

By: _____
    THE HONORABLE JAMES DONATO

**<u>FILER'S ATTESTATION</u>**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By:    */s/ Bryan H. Heckenlively*
    BRYAN H. HECKENLIVELY
    Attorney for Defendants