HAILYN J. CHEN (State Bar No. 237436)
hailyn.chen@mto.com
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

BRYAN H. HECKENLIVELY (State Bar No. 279140)
bryan.heckenlively@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendants, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE), <br><br>            Plaintiffs, <br><br>     vs. <br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA AT BERKELEY; BERKELEY SCHOOL OF LAW; MICHAEL DRAKE, in his official capacity as President of the University of California; CAROL T. CHRIST, in her official capacity as Chancellor of the University of California, Berkeley; BEN HERMALIN, in his official capacity as Provost of the University of California, <br><br>            Defendants. | Case No. 3:23-cv-06133-JD <br><br>**AMENDED STIPULATED JOINT REQUEST FOR ORDER EXTENDING DEADLINES FOR MOTION TO DISMISS AND CASE SCHEDULE** |

1  Plaintiffs The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in
2  Education, and Defendants The Regents of the University of California, the University of
3  California at Berkeley, Berkeley School of Law, Michael Drake, Carol T. Christ, and Ben
4  Hermalin, through their counsel, and without admission of any kind, or waiver of any defense,
5  objection, or response, stipulate as follows:
6  WHEREAS, Plaintiffs filed this action on November 28, 2023, and Defendants were
7  served with the Summons and Complaint on November 29 and November 30;
8  WHEREAS, per this Court's Scheduling Order dated March 22, 2024 (Dkt. 59), Plaintiffs'
9  deadline to file amended pleadings was May 3, 2024;
10  WHEREAS, Plaintiffs' First Amended Complaint was filed on May 3, 2024;
11  WHEREAS, Defendants intend to respond to Plaintiffs' First Amended Complaint by
12  filing a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b) and intend to notice that motion for
13  hearing on August 8, 2024, a date agreed upon by all parties;
14  WHEREAS, the First Amended Complaint raises causes of action and factual issues that
15  were not included in the original Complaint, and in order to allow sufficient time for briefing the
16  issues, the parties have agreed to extend Defendants' deadline to file their Motion to Dismiss to
17  June 10, 2024;
18  WHEREAS, the parties have agreed to extend Plaintiffs' deadline to file their Opposition
19  to Defendants' Motion to Dismiss to July 15, 2024;
20  WHEREAS, the parties have agreed to extend Defendants' deadline to file their Reply in
21  Support of the Motion to Dismiss to July 29, 2024;
22  WHEREAS, on May 7, 2024, Plaintiffs and Defendants submitted a stipulated joint request
23  to extend Defendants' time to file their Motion to Dismiss and to extend subsequent deadlines
24  related to the briefing on the motion to dismiss consistent with the parties' agreements;
25  WHEREAS, the proposed order included with that stipulation contained a typographical
26  error in the final paragraph that erroneously suggested that the parties requested that Defendants'
27  deadline to file their Reply in Support of the Motion to Dismiss be August 8, 2024 instead of the
28  agreed-upon date of July 29, 2024;

1  WHEREAS, the Court granted the joint stipulated request and ordered on May 9, 2024, that Defendants' deadline to file their Reply in Support of the Motion to Dismiss would be August 8, 2024;

NOW, THEREFORE, Plaintiffs and Defendants, through their counsel, and after consulting with this Court's Courtroom Deputy Clerk, file this stipulated request as follows:

Plaintiffs and Defendants HEREBY JOINTLY REQUEST AN ORDER, pursuant to Civil L.R. 6-2(a), changing Defendants' deadline to file their Reply in Support of the Motion to Dismiss Plaintiffs' First Amended Complaint to July 29, 2024, without affecting the due date for the Motion to Dismiss or the opposition thereto set by this Court's May 9, 2024 order.

DATED: May 16, 2024          MUNGER, TOLLES & OLSON LLP

                              By:    /s/ Bryan H. Heckenlively
                                     BRYAN H. HECKENLIVELY
                                  Attorneys for Defendants, THE REGENTS OF
                                  THE UNIVERSITY OF CALIFORNIA, et al.

DATED: May 16, 2024          ELLIS GEORGE CIPOLLONE O'BRIEN LLP

                              By:    /s/ David J. Carroll
                                     DAVID J. CARROLL
                                  Attorneys for Plaintiffs, THE LOUIS D.
                                  BRANDEIS CENTER, INC., et al.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED
Judge James Donato

DATED: May 21, 2024

Case No. 3:23-cv-06133-JD
STIPULATED JOINT REQUEST FOR ORDER EXTENDING DEADLINES FOR MTD AND CASE SCHEDULE