HAILYN J. CHEN (State Bar No. 237436)
hailyn.chen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

BRYAN H. HECKENLIVELY (State Bar No. 279140)
bryan.heckenlively@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:     (415) 512-4000

*Attorneys for Defendants*

\* Additional counsel listed on following page.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE), <br><br> Plaintiffs, <br><br> vs. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA AT BERKELEY; BERKELEY LAW SCHOOL; MICHAEL DRAKE, in his official capacity as President of the University of California; CAROL T. CHRIST, in her official capacity as Chancellor of the University of California, Berkeley; BEN HERMALIN, in his official capacity as Provost of the University of California, <br><br> Defendants. | Case No. 3:23-cv-06133-JD <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** <br><br> Filed with Notice of Motion and Motion; Mem. P & A; Declaration of Bryan H. Heckenlively in Support of Defendants' Motion to Dismiss <br><br> Hearing Date:   August 8, 2024 <br> Time:                 10:00 am <br> Place:                Courtroom 11 <br> Judge:                Hon. James Donato |

Case No. 3:23-cv-06133-JD

REQUEST FOR JUDICIAL NOTICE

1  CHARLES F. ROBINSON (State Bar No. 113197)
   RHONDA GOLDSTEIN (State Bar No. 250387)
2  KATHARINE ESSICK (State Bar No. 219426)
   CAROL LYNN THOMPSON (State Bar No. 148079)
3  Carol.thompson@ucop.edu
   UNIVERSITY OF CALIFORNIA
4  Office of the General Counsel
   1111 Franklin Street, 8th Floor
5  Oakland, CA 94607-9800
   Telephone:   (510) 987-9800
6  Facsimile:    (510) 987-9757
7

8
   HELEN E. WHITE (pro hac vice forthcoming)
9  Helen.White@mto.com
   MUNGER, TOLLES & OLSON LLP
10 601 Massachusetts Ave NW, Ste. 500E
   Washington, District of Columbia 20001-5369
11 Telephone:   (202) 220-1136
   Facsimile:    (202) 220-2300
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:23-cv-06133-JD
REQUEST FOR JUDICIAL NOTICE

## I. INTRODUCTION

Pursuant to the incorporation-by-reference doctrine and Federal Rule of Evidence 201, Defendants respectfully request that this Court take judicial notice of the following document in support of Defendants' Motion to Dismiss:

- **Exhibit 1** to the accompanying Declaration of Bryan H. Heckenlively in Support of Defendants' Motion to Dismiss, filed herewith: *Upholding Our Values*, Berkeley News, Feb. 27, 2024, also available at: https://news.berkeley.edu/2024/02/27/upholding-our-values/.

## II. ARGUMENT

Defendants' Motion to Dismiss can and should be granted regardless of whether the Court takes judicial notice of the above exhibit. But in the event the Court would find consideration of that exhibit useful, it may do so under well-established Ninth Circuit law.

Exhibit 1 is a public statement by Carol Christ, Chancellor of the University of California at Berkeley; this statement is named and cited via a hyperlink at paragraph 139 of Plaintiffs' First Amended Complaint.

On a motion to dismiss, a court may "consider certain materials—documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice—without converting the motion to dismiss into a motion for summary judgment." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). Chancellor Christ's statement may therefore be considered by this Court under the incorporation-by-reference doctrine. *See Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007) ("a court may consider a writing referenced in a complaint but not explicitly incorporated therein if the complaint relies on the document and its authenticity is unquestioned").

Alternatively, this court may take judicial notice of Chancellor Christ's statement, which is contained on a publicly available website. Under Federal Rule of Evidence 201(b)(2), a Court may take judicial notice of a fact "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Id.* Courts in this circuit routinely take judicial notice of websites and their contents. *See, e.g.*, *Matthews v. Nat'l Football League Mgmt. Council*, 688 F.3d 1107, 1113 n.5 (9th Cir. 2012) (facts

on NFL website); *Wagner v. Terumo Med. Corp.*, No. 18CV1007-MMA (MSB), 2018 WL 6075951, at *3 (S.D. Cal. Nov. 21, 2018) (list of locations on Terumo's website); *Ayala v. Cty. of Imperial*, No. 15CV397-LAB (NLS), 2017 WL 469016, at *2 (S.D. Cal. Feb. 3, 2017) (facts on DEA's website). The content of Chancellor Christ's statement is publicly available and not subject to reasonable dispute. Accordingly, it is judicially noticeable.

### III. CONCLUSION

Pursuant to the doctrine of incorporation by reference and Federal Rule of Evidence 201, and for the reasons stated above, the Court should take judicial notice of Exhibit 1, as attached to the accompanying Declaration.

DATED: June 10, 2024					MUNGER, TOLLES & OLSON LLP


							By:	*/s/ Bryan H. Heckenlively*
								BRYAN H. HECKENLIVELY
								Attorneys for Defendants