HAILYN J. CHEN (State Bar No. 237436)
hailyn.chen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

BRYAN H. HECKENLIVELY (State Bar No. 279140)
bryan.heckenlively@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:    (415) 512-4000

*Attorneys for Defendants*

* Additional counsel listed on following page.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE), <br><br> Plaintiffs, <br><br> vs. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA AT BERKELEY; BERKELEY LAW SCHOOL; MICHAEL DRAKE, in his official capacity as President of the University of California; CAROL T. CHRIST, in her official capacity as Chancellor of the University of California, Berkeley; BEN HERMALIN, in his official capacity as Provost of the University of California, <br><br> Defendants. | Case No. 3:23-cv-06133-JD <br><br> **NOTICE OF RECENT DECISION** <br><br> Complaint Filed:   November 28, 2023 <br> Trial Date:   August 11, 2025 <br> Judge:   Hon. James Donato |

CHARLES F. ROBINSON (State Bar No. 113197)
RHONDA GOLDSTEIN (State Bar No. 250387)
KATHARINE ESSICK (State Bar No. 219426)
CAROL LYNN THOMPSON (State Bar No. 148079)
carol.thompson@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-9800
Telephone:     (510) 987-9800
Facsimile:     (510) 987-9757

HELEN E. WHITE (pro hac vice forthcoming)
helen.white@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave NW, Ste. 500E
Washington, District of Columbia 20001-5369
Telephone:     (202) 220-1136
Facsimile:     (202) 220-2300

**DEFENDANTS' NOTICE OF RECENT DECISION**

Defendants submit this notice to inform the Court of the recent decision in *StandWithUs Center for Legal Justice v. Massachusetts Institute of Technology*, No. 1:24-cv-10577-RGS (D. Mass. July 30, 2024), ECF No. 53, attached hereto as Exhibit A.  The decision is relevant to Defendants' argument that Plaintiffs have not alleged that Defendants were deliberately indifferent to known harassment, and therefore that Plaintiffs have failed to state a claim under Title VI.  Dkt. 68 at 9-14.

DATED: August 1, 2024                              MUNGER, TOLLES & OLSON LLP

By: _____*Bryan H. Heckenlively*_____
　　　BRYAN H. HECKENLIVELY
　　　Attorneys for Defendants