TORRIDON LAW PLLC
John V. Coghlan (admitted *Pro Hac Vice*)
  jcoghlan@torridonlaw.com
Tara Helfman (admitted *Pro Hac Vice*)
  thelfman@torridonlaw.com
801 17th Street NW
Washington, DC 20006
Telephone: (202) 249-6900
Facsimile: (202) 249-6899

ELLIS GEORGE LLP
Eric M. George (CA Bar No. 166403)
  egeorge@ellisgeorge.com
David J. Carroll (CA Bar No. 291665)
  dcarroll@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

THE LOUIS D. BRANDEIS CENTER FOR
HUMAN RIGHTS UNDER LAW
Kenneth L. Marcus (admitted *Pro Hac Vice*)
  klmarcus@brandeiscenter.com
L. Rachel Lerman (CA Bar No. 193080)
  rlerman@brandeiscenter.com
1717 Pennsylvania Ave., NW, Suite 1025
Washington, DC 20006
Telephone: (202) 559-9296

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE), | Case No. 3:23-cv-06133-JD |
| | Hon. James Donato |
| Plaintiffs, | **NOTICE OF RECENT DECISION** |
| vs. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.* | |
| Defendants. | Trial Date:  None Set |

1

**PLAINTIFFS' NOTICE OF RECENT DECISION**

2

Plaintiffs submit this notice to inform the Court of the recent decision in *Kestenbaum and*

3

*Students Against Antisemitism, Inc. v. President and Fellows of Harvard College*, No. 1:24-cv-

4

10092-RGS (D. Mass. Aug. 6, 2024) (Stearns, J.), ECF No. 93, attached hereto as Exhibit A.  The

5

decision is relevant to Plaintiffs' arguments that (i) this case is ripe for decision; (ii) the court should

6

not dismiss any of Plaintiffs' claims for lack of standing under the First Amendment; and (iii)

7

Plaintiffs have plausibly alleged that Defendants were deliberately indifferent in failing to respond

8

to known anti-Semitism on campus.

9

DATED: August 6, 2024

10

11

By: /s/ John V. Coghlan

12
13

TORRIDON LAW PLLC
John V. Coghlan (admitted *Pro Hac Vice*)
  jcoghlan@torridonlaw.com

14

Tara Helfman (admitted *Pro Hac Vice*)
  thelfman@torridonlaw.com

15

1155 F Street NW
Washington, DC 20004

16

Telephone: (202) 249-6900

17

ELLIS GEORGE LLP
Eric M. George (State Bar No. 166403)

18

  egeorge@ellisgeorge.com
David J. Carroll (State Bar 291665)

19

  dcarroll@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor

20

Los Angeles, California 90067
Telephone: (310) 274-7100

21

22

THE LOUIS D. BRANDEIS CENTER FOR
HUMAN RIGHTS UNDER LAW

23

Kenneth L. Marcus (admitted *Pro Hac Vice*)
  klmarcus@brandeiscenter.com

24

L. Rachel Lerman (CA Bar No. 193080)
  rlerman@brandeiscenter.com

25

1717 Pennsylvania Ave., NW, Suite 1025
Washington, DC 20006

26

Telephone: (202) 559-9296

27

Attorneys for Plaintiffs

28