TORRIDON LAW PLLC
John V. Coghlan (admitted *Pro Hac Vice*)
  jcoghlan@torridonlaw.com
Tara Helfman (admitted *Pro Hac Vice*)
  thelfman@torridonlaw.com
801 17th Street NW
Washington, DC 20006
Telephone: (202) 249-6900
Facsimile: (202) 249-6899

ELLIS GEORGE LLP
Eric M. George (CA Bar No. 166403)
  egeorge@ellisgeorge.com
David J. Carroll (CA Bar No. 291665)
  dcarroll@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW
Kenneth L. Marcus (admitted *Pro Hac Vice*)
  klmarcus@brandeiscenter.com
L. Rachel Lerman (CA Bar No. 193080)
  rlerman@brandeiscenter.com
1717 Pennsylvania Ave., NW, Suite 1025
Washington, DC 20006
Telephone: (202) 559-9296

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE),<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*<br><br>Defendants. | Case No. 3:23-cv-06133-JD<br><br>Hon. James Donato<br><br>**NOTICE OF RECENT DECISION**<br><br><br>Trial Date: None Set |

1 **PLAINTIFFS' NOTICE OF RECENT DECISION**

2   Plaintiffs submit this notice to inform the Court of the recent decision in *Yitzchok Frankel et

3 al. v. Regents of the University of California et al.,* No. 2:24-cv-04702 (C.D. Cal. Aug. 13, 2024),

4 ECF No. 89, attached hereto as Exhibit A.  The decision is relevant to Plaintiffs' arguments that

5 Defendants' motion to dismiss should be denied.

6
7 DATED: August 14, 2024

8
 By:  /s/ John V. Coghlan
9
10 TORRIDON LAW PLLC
 John V. Coghlan (admitted *Pro Hac Vice*)
   jcoghlan@torridonlaw.com
11 Tara Helfman (admitted *Pro Hac Vice*)
   thelfman@torridonlaw.com
12 1155 F Street NW
 Washington, DC 20004
13 Telephone: (202) 249-6900

14 ELLIS GEORGE LLP
 Eric M. George (State Bar No. 166403)
15   egeorge@ellisgeorge.com
 David J. Carroll (State Bar 291665)
16   dcarroll@ellisgeorge.com
 2121 Avenue of the Stars, 30th Floor
17 Los Angeles, California 90067
 Telephone: (310) 274-7100
18
 THE LOUIS D. BRANDEIS CENTER FOR
19 HUMAN RIGHTS UNDER LAW
 Kenneth L. Marcus (admitted *Pro Hac Vice*)
20   klmarcus@brandeiscenter.com
 L. Rachel Lerman (CA Bar No. 193080)
21   rlerman@brandeiscenter.com
 1717 Pennsylvania Ave., NW, Suite 1025
22 Washington, DC 20006
 Telephone: (202) 559-9296
23
 Attorneys for Plaintiffs
24
25
26
27
28

-1-   Case No. 3:23-cv-06133-JD

NOTICE OF RECENT DECISION