# Declaration by Members of Berkeley Law Jews for Palestine (BLJ4P)

1. We the undersigned are members of Berkeley Law Jews for Palestine (BLJ4P). We are students at Berkeley Law School.
2. BLJ4P is a caucus of Law Students for Justice in Palestine (LSJP), and a member organization of the UC Berkeley Divestment Coalition. We have over thirty active members.
3. Our members participated in LSJP in Fall 2022, when it adopted the pro-Palestine bylaw that the plaintiffs seek to outlaw in this case. When this prompted backlash from national media and members of our own law school faculty who claimed that the bylaw was "antisemitic," we specifically formed BLJ4P as a caucus of LSJP to give an organized voice to pro-Palestine Jews who support Palestinian freedom so that we as Jews are not misrepresented and so that we could establish a Jewish community and space on campus where we as anti-zionist jews would feel comfortable. That controversy continues to this day, including in this lawsuit.
4. We remain formally part of LSJP, which is a coalition for all students and organizations at the Law School who support Palestinian freedom. We have a formal representative within LSJP.
5. We created a blog in Fall 2022 and have published articles on it supporting Palestine defending LSJP's and other students' freedom of speech against threats by the Law School administration, and condemning the false claim that the movement is "antisemitic."[1] We condemned the assault by Law Professor Catherine Fisk against LSJP's Malak Afaneh at Dean Erwin Chemerinsky's garden party for law students in April 2024, and condemned his threats to pursue Code of Conduct charges and report pro-Palestine students to the State Bar. Most recently, Chemerinsky published an October 20, 2024 op-ed in the *New York Times* likening our protests to Ku Klux Klan rallies, and we published a rebuttal on October 25, 2024 in our campus student newspaper *The Daily Californian.*[2]
6. Our group has endorsed numerous pro-Palestine events and protests at UC-Berkeley since its formation.

---

[1] Our blog is at https://berkeleyjews4palestine.medium.com/
[2] Our op-ed is available on *The Daily Californian's* website at:
https://www.dailycal.org/opinion/op-eds/hypocritical-and-insulting-black-and-jewish-students-at-berkeley-law-say-dean-chemerinsky-uses-them/article_9cbe4ccc-9299-11ef-bec1-83f03a661cc9.html

7. In April 2024, we were among the first groups to join the UC Berkeley Divestment Coalition, a coalition supporting Palestinian freedom.[3] With those other groups we co-sponsored the Spring 2024 encampment for Palestine at UC-Berkeley on April 22, 2024. Our members camped out, rallied, volunteered, and provided logistical support, and organized others to join the encampment.
8. On November 9, 2024, we voted as a group to authorize Shmuel (Muki) Barkan and Berkeley Law Student #1 (who also is a member of BLJ4P) to represent our organization if we are allowed to be an intervening defendant in *Brandeis Center v. Regents of the University of California*.
9. We note that Jewish Americans for Fairness in Education (JAFE) is permitted to be a plaintiff organization claiming to represent Jews in this case. We deserve an equal right to show that there are many Jews like ourselves who support the Palestinians and oppose the Israeli government's genocidal war.
10. Lastly, we request that the names of this declaration be sealed, because we have seen fellow law students be doxxed, harassed, intimidated, and lose job offers and other opportunities because they have voiced their support for Palestine. We feel that it is crucial that BLJ4P be admitted as an intervenor so that our members have the same opportunity as the students in JAFE to exercise their rights without having to disclose their names.

We, the undersigned, declare under penalty of perjury that the above is true and correct.

Executed on the 12th of November, 2024.

**SIGNATORIES**

███████████ 1L                    Shmuel (Muki) Barkan, 3L

███████████ 1L                    ███████████ 3L

---

[3] The UC Berkeley Divestment Coalition statement and the list of its member organizations (including our group "Berkeley Law Jews for Justice in Palestine") is at: https://docs.google.com/document/u/2/d/e/2PACX-1vR4TTJDE7XaUkb9FiwcQCSbBmiUkB4lgC95BkAwcsaZlfKtcF1lmxH5S5yeKBZiEhcuUAXmZWPc3ppY/pub

