# Declaration of Dr. Benjamin Lynch

1. My name is Dr. Benjamin Lynch. I have been an official signatory for the UC-Berkeley (UCB) chapter of the Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality By Any Means Necessary (BAMN) since approximately 2008, except during a reprieve in the group's status caused by the COVID pandemic. The group is currently registered at UCB, and I am one of its group signatories.
2. I am affiliated with UC-Berkeley and would be directly affected by limitations on UCB BAMN's ability to continue to hold and sponsor events for Palestine on campus.
3. I am one of the UCB BAMN chapter's group signatories, and "only UC Berkeley students, staff, or faculty may serve as signatories."[1] EXHIBIT F includes true and correct copies of screenshots showing that I am a signatory for UCB BAMN, redacted to protect the identities of other members. EXHIBIT G is a true and correct copy of my directory profile on the UCB Space Sciences Laboratory website.
4. Our signatories have agreed that our signatories who are admitted as individual intervenors are authorized to represent UC-Berkeley BAMN.
5. Additionally, as a group signatory I have agreed to become "an agent on behalf of the group."[2] I am "an authorized representative of the organization that voluntarily assume[s] responsibility for the activities and conduct of the organization."[3] That includes our participation in this case if UC-Berkeley BAMN is admitted as an intervening organization.
6. As a signatory, I am subject to discipline from the UC-Berkeley administration if UCB BAMN is deemed to have violated the UC-Berkeley Code of Conduct or any other law.
7. I have been an Associate Researcher at UCB's Space Sciences Laboratory since July 2014) and Researcher at UCLA's Department of Earth, Planetary, and Space Sciences since October 2023. I am affiliated with both campuses and subject to the Code of Conduct of both campuses.
8. Now that the Court has made clear its criteria for admission as intervenors, I ask the Court to recognize my status as a UCB researcher directly affected by this case, as well as BAMN's UCB chapter.
9. BAMN was founded at UCB in 1995 and has grown into a national organization. It has been a registered UCB campus organization since 1995, with a reprieve caused by the pandemic, and we are currently registered. BAMN is committed to building a mass

---

[1] See website of UCB's Organization Advising & Student Involvement Services (OASIS) department: https://lead.berkeley.edu/student-orgs/create-a-new-student-org (at Question #6)
[2] Code of Student Conduct (I)(B): https://conduct.berkeley.edu/wp-content/uploads/2023/07/Code_of_Conduct-July_2023.pdf )
[3] UC-Berkeley website: https://lead.berkeley.edu/student-orgs/manage-your-org/

movement for equality, uniting the civil rights, immigrant rights, women's rights, LGBT+ rights, and pro-Palestine and antiwar movements.

10. I have been a BAMN organizer since 2001, when I was a student at the University of Michigan-Ann Arbor. I have been active in UCB BAMN since 2006.
11. UCB BAMN has been calling for a free Palestine since 2012, and has joined many protests and demonstrations for Palestine over the years.
12. Since October 7, 2023, with UCB BAMN I have helped circulate a flyer calling for victory to the Palestinian struggle starting in October 2023. We have distributed thousands of copies of this statement at rallies at UCB.
13. During the Spring 2024 encampment for Palestine, UCB BAMN members joined rallies and mobilized people to support and defend the UCB, USC, and UCLA encampments from repression. I participated in the defense of the UCLA encampment from the UCLA administration and LAPD. EXHIBIT A is a true and correct copy of the flyer that UCB BAMN has circulated at UCB and other campuses to defend the encampments.
14. From January to July 2024, UCB BAMN organized to defeat UC Regent Jay Sures' proposal to censor pro-Palestine speech on university websites. UCB BAMN gathered more than one thousand signatures of UCB students, held a protest on UCB's Sproul Plaza March 2024, and organized protests to the UC Regents' meetings in March, May, and July 2024. EXHIBIT B is a true and correct copy of our petition, and EXHIBIT C is a true and correct copy of a flyer we circulated to defeat Sures' proposal.
15. UCB BAMN spearheaded an effort that included graduate student unions and faculty organizations opposing Sures' proposal, that succeeded at winning significant revisions. EXHIBIT D is a true and correct copy of a letter opposing Sures' proposal by UC AFT Local 1474, which represents more than 6,000 lecturers and 300 librarians in UC. EXHIBIT E is a true and correct copy of a letter opposing Sures' proposal by the UC Academic Council, which represents all UC faculty.
16. Starting in May 2024, UCB BAMN recruited UCB students to join the Motion to Intervene in this case to defend pro-Palestine free speech.
17. I spoke at UCB BAMN's press conference at UCB's Sproul Plaza on August 19, 2024 supporting victory to the Palestinian struggle and my right to intervene in this case.
18. UCB BAMN supported a UCB Electrical Engineering and Computer Sciences instructor who faced disciplinary action for speaking in support of Palestine after he dismissed his class. This is the same individual the Plaintiffs describe in their complaint at paragraph 113. We gave this person legal representation in his investigatory meeting with the University.
19. A decision in this case limiting pro-Palestine speech would directly affect UCB BAMN.
20. As BAMN initiated and is spearheading this legal intervention, our UCB chapter should be permitted to intervene.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 12th of November, 2024.

Dr. Benjamin Lynch