# EXHIBIT C

# Defeat UC Regent Jay Sures' Censorship Proposal

Defend free speech rights for supporters of the Palestinian struggle
Defend freedom of speech and Academic freedom for faculty, staff and students in the University of California

*Sign the petition on back (at the QR code or website)*

**PICKET + SPEAKOUT AT UC REGENTS' MEETING WED., MARCH 20
8:30am speakout during public comment, 9:30am picket**
UCLA, Luskin Conference Center, 425 Westwood Plaza (LA)
Centennial Ballroom A&B

# Stop the Genocide – Victory to the Palestinian Struggle

**Stop the bombing and slaughter in Rafah
Open the Egyptian border by any means necessary
All possible & necessary supplies for the survival of Palestinians in Gaza
Mass action throughout the Arab world to get aid directly to the Palestinian people to protect & advance their struggle for freedom
The enemies of the Palestinians are our enemies**

We have achieved a lot in four and a half months. The Palestinians have maintained their struggle, in many different forms. In Gaza, the West Bank, East Jerusalem and in Israel itself Palestinians are continuing their resistance, knowing they have inspired a mass anti-war, anti-imperialist movement on a global scale. They know there are huge pro-Palestinian demonstrations and other actions here in the USA and in Britain - the same imperialist powers that established and maintained the Israeli state as their agent to divide and dominate the Middle East.

Our movement is young, highly integrated and active, with women and the Muslim communities in the forefront. We have won the support of a growing majority for the rights and freedom of the Palestinian people.

As the struggle becomes more intense there is more to accomplish. Netanyahu's fascist government is still in place, its army is still in Gaza, and its fascist supporters are killing Palestinians in the West Bank and blocking aid convoys from entering Gaza.

Biden & Blinken in the USA, along with Sunak & David Cameron and Labour's Keir Starmer in Britain, have asked the Israeli government not to slaughter so many people in Gaza. These miserable little pleas are chiefly for their domestic audiences. Netanyahu knows that while the US, Germany and Britain are sending weapons and war planes to Israel he can continue the slaughter, and that while they are refusing to fund UNWRA (the most important aid organization) he can leave many more Palestinians to die.

Those western powers are responsible for the current crisis point. Their policy has allowed the Israeli army to push around 1.5 million Palestinians (more than half of Gaza's population) into Rafah, which is the southernmost city in the Gaza Strip, right up against the border with Egypt, with nowhere to go. The Rafah Crossing is the only



entry & exit point between Egypt and the Gaza Strip. Israel has been bombing Rafah day after day with heavier casualties. It is planning a full-scale military operation that would inevitably be an even bigger massacre.

The Rafah Crossing to Egypt must be opened as a matter of urgency for the Palestinians in Rafah and in Gaza as a whole, so they can get the supplies they so urgently need to stay alive and protect their community in the face of Israel's genocidal military campaign, with adequate means to clothe and shelter themselves, safeguard their health, and defend their lives and their families.

That can't be left to interminable negotiations between governments. Opening the border will only be achieved by the power of mass action by the oppressed people of Gaza, probably initiated by the Palestinian youth in Rafah, and they will have to call for mass action in Egypt.

*(Continued on back)*

The Egyptian government of former General Sisi is a brutal, corrupt and unpopular dictatorship. It depends on American support and is a partner in crime with Israel against the Palestinians. Direct action by Palestinians to open the border would be sure to wake a response in Egyptian society, including in the army. If that leads to new demonstrations in Cairo's Tahrir Square (where there was a pro-Palestine demonstration in October) or at the border itself, it would increase the confidence of Egyptian soldiers that they have public support to co-operate with Gaza's Palestinians in defiance of their government.

Such a huge blow to the authority of the Netanyahu government and western imperialists would transform the situation and encourage the anti-war and pro-Palestinian forces in Israeli Jewish society.

There are already young Palestinians in Rafah challenging Egyptian soldiers at the border. There are many people in the movement in the U.S. who can talk about this perspective with family and friends in Gaza. Everyone who shares this view should join BAMN. And when the border is opened by Palestinian youth or Egyptian soldiers, or if there is even an attempt to open it, the whole anti-war movement must support it and organize material assistance to achieve its aims.

Saturday, February 17, 2024.



**BAMN**
Coalition to Defend Affirmative Action, Integration & Immigrant Rights, and Fight for Equality By Any Means Necessary

(855) ASK–BAMN [855.275.2266]
nationalbamn@gmail.com
www.bamn.com
IG: @joinbamn    Tiktok: @joinbamn

**MOVEMENT FOR JUSTICE** by any means necessary
X & IG: @followmfj    TikTok: @joinmfj
FB: movementforjustice
contact@movementforjustice.co.uk
www.movementforjustice.co.uk





**International Trotskyist Committee for the Political Regeneration of the Fourth International (ITC)**
Revolutionary Workers League (U.S.)
Revolutionary Internationalist League (U.K.)
www.itc4.org

---

# SIGN THE PETITION (AT the QR code or at BAMN.COM)
## Defeat UC Regent Jay Sures' Censorship Proposal
### Defend free speech rights for supporters of the Palestinian struggle
### Defend freedom of speech and academic freedom for faculty, staff and students in the University of California

- University of California Regent Jay Sures' proposal to ban political speech by faculty, departments, and staff on UC websites and other official UC channels flies in the face of the University of California's mission. It is a dangerous attack that will have a chilling effect on free speech, free expression, and academic freedom across the UC System.
- UC Regent Sures' proposal was openly acknowledged in the January 2024 UC Regents meeting as being a way to censor speech on the issue of Palestine/Israel. The proposal is set to be discussed and potentially voted on at the next UC Regents meeting in March. UC students, alumni, and the broader communities surrounding our campuses must take a stand to oppose this kind of censorship and repression of speech and academic freedom by UC Regent Sures' resolution.
- With the increasing privatization of higher education, there have been increasing attacks on the right of free speech on campuses across the country as campus administrations allow their policies to be dictated by big corporate and alumni donors. An academic atmosphere where the UC Regents and campus administrations get to determine what is acceptable speech is the definition of censorship. This would set a negative precedent for public and private educational institutions nationwide.
- Across the country, students, student organizations, faculty, and even whole school districts are facing targeted censorship and repression over speech. Over 50 universities and other school systems, including but not limited to: San Francisco Unified School District (SFUSD), Oakland Unified School District (OUSD), Yale, Brown, Temple, University of California Los Angeles (UCLA), and UW-Madison are being investigated by the Department of Education over pro-Palestine statements, education, and protest action.
- The activity on the part of the supporters of the Palestinian struggle is part of an international movement of millions against the ongoing genocide in Gaza being committed by the Israeli Defense Forces (IDF) with the aid of the U.S. government and military.
- The University of California is a public institution and, as such, must defend the broadest freedoms for all students, staff, and faculty. The ability of faculty, departments, students, and staff to express their views on UC websites and other public platforms is a matter of the independence of the faculty, departments, students, and the pursuit of their intellectual activity in a public institution.
- The University of California campuses have been home to the great social issues of our time, including UC Berkeley's free speech movement. UC Regent Sures' proposal is an attack on this proud tradition.

**Therefore, we the undersigned:**
1. Oppose and call for the defeat of UC Regent Jay Sures' proposal to censor UC faculty and students.
2. Defend the right to free speech and academic freedom in support of the Palestinian struggle for all UC students, student organizations, faculty, and staff.
3. Oppose all forms of Islamophobia, anti-Semitism, other forms of bigotry, ethnic-cleansing, and genocide.
4. Oppose all political censorship in colleges, universities, and other school campuses.