# EXHIBIT D



REPRESENTING THE
TEACHING FACULTY &
LIBRARIANS OF THE
UNIVERSITY OF CALIFORNIA
HTTPS://UCAFT.ORG/

BERKELEY/SF
DAVIS
IRVINE
LOS ANGELES
MERCED
RIVERSIDE
SAN DIEGO
SANTA BARBARA
SANTA CRUZ

March 15, 2024

Board of Regents
University of California
Delivered via regentsoffice@ucop.edu

RE Agenda Item J1, "Adoption of Regents Policy on the Use of University Administrative Websites", March 20, 2024

Dear UC Regents,

The University Council-American Federation of Teachers (UC-AFT), AFT Local 1474, opposes the adoption of the "policy on the use of administrative web sites" introduced at the last Regents meeting on January 24, 2024,[1] or the adoption of any revised version of such policy at your meetings on March 20 and 21st, 2024.[2]

UC-AFT represents more than 6,000 Unit 18 Lecturers and 300 Unit 17 Librarians across the UC system. As an affiliate of the American Federation of Teachers (AFT), the largest union of higher education faculty in the United States, and the American Association of University Professors (AAUP), the premier organization dedicated to the promotion and protection of academic freedom, UC-AFT is deeply committed to protecting the academic freedom of all UC employees and students.

We have multiple objections to the adoption of such a policy:
- It undermines shared governance
- It limits academic freedom
- It establishes vague standards likely to be abused
- It seems likely to undermine Ethnic Studies and Women, Gender and Sexuality Studies programs

**Undermines Shared Governance**
In June of 2022, the UC Academic Senate's Academic Council issued "Recommendations for Department Political Statements" that affirmed the free speech and academic freedom of academic departments. It also encouraged departments "to include disclaimers with statements that make clear the department does not speak for the University as a whole", and that departments develop formal processes for issuing statements on matters of concern.[3]



REPRESENTING THE
TEACHING FACULTY &
LIBRARIANS OF THE
UNIVERSITY OF CALIFORNIA
HTTPS://UCAFT.ORG/

BERKELEY/SF
DAVIS
IRVINE
LOS ANGELES
MERCED
RIVERSIDE
SAN DIEGO
SANTA BARBARA
SANTA CRUZ

In this context, the presentation to the Regents of a proposal to regulate the speech of "official channels of communication, including the main landing pages of websites, of schools, departments, centers, units, and other entities" appears to be an attempt to bypass rather than work through the Academic Senate. If the Regents are concerned that statements by academic units might be confused as representing the university as a whole, they can encourage the university to return to working in collaboration with the Academic Senate.

In addition, the extension of proposed rules to regulate the use of web sites of "centers, units and other entities" is likely to impact UC libraries and various projects that research librarians work on. The proper venue for the discussion of such changes is with the Librarians Association of The University of California (LAUC), which provides shared governance on matters of concern to librarians.

### Limits Academic Freedom

The proposal introduced in January would prohibit university web sites from publishing "the personal or collective opinions of unit members or of the entity." Discussion at Regents meetings in January suggested that there was some uncertainty among Regents about whether this prohibition would be limited to the "landing page" of academic units, or if it applied to all web sites hosted by the unit.

Regardless of how much of a unit's digital presence would be regulated by the new policy, the policy itself represents a clear violation of employees' academic freedom by giving administrators enormous new powers to inspect and possibly censor academic speech.

Current UC policy prohibits the use of UC resources, including web sites, for participation in electoral politics. But on all other matters, academic workers have the academic freedom to teach, research, and engage communities on and off campus about the significance of their work. This is a system of shared responsibility to academic standards developed and enforced at the level of the academic unit, and instances of abuse are rare to none. Prohibiting the expression of "personal or collective opinions" that have already gone through a vetting process at the department level would undermine this system.

### The Likelihood of Abuse

There is no obvious basis to distinguish between "personal" and "professional" opinion, or between "collective opinions" and "scholarly judgment" in the enforcement of policies regulating "university administrative web sites." So in addition to shifting power away from academic



REPRESENTING THE
TEACHING FACULTY &
LIBRARIANS OF THE
UNIVERSITY OF CALIFORNIA
HTTPS://UCAFT.ORG/

BERKELEY/SF
DAVIS
IRVINE
LOS ANGELES
MERCED
RIVERSIDE
SAN DIEGO
SANTA BARBARA
SANTA CRUZ

employees to administrators over academic speech, the proposed policy change would give administrators enormous discretionary power.

Discretionary forms of power are inevitably abused, because they can be invoked arbitrarily, selectively, and for political purposes. In higher education, the political abuse of discretionary authority occurs most often in response to pressure from donors, politicians, community partners, or various other influential groups in university governance.

***The Unnamed Target: Ethnic Studies and Women, Gender and Sexuality Studies***
Why is this proposal being considered?

According to a report from the Berkeley Faculty Association, the Academic Senate issued its recommendations regarding department statements in 2022 in response to "expressions of support for the Palestinian people by many departments across the University of California system in May 2021."[4] The expressions in question involved a statement signed by every Feminist, Gender and Sexuality Studies, and Women's Studies Department in the UC system except UC Merced.[5] Unsatisfied by the Academic Senate's refusal to criticize or prohibit such statements, the UC administration is now moving to bypass the Academic Senate altogether.

On January 3, 2024, members of the California Legislative Jewish Caucus wrote a letter to colleagues regarding the "October 7 Attack, Rising Antisemitism, and the 2024 Legislative Year", which raised a number of concerns about changes in public discourse in response to Hamas's military assault on Israel on October 7, 2023.[6] This included criticism of the UC Ethnic Studies Council, as well as Ethnic Studies instructors in the California State University and the K-12 system, for making statements critical of Israel that they believed veered into antisemitism.

According to Regent Hadi Makarechian in his statements during a January 25 meeting, "Let's go back and look and why we brought this policy to the table. It wasn't because of any of the [hypothetical] stuff we're talking about. It was because some people were making some political statements related to Hamas and the Palestinians."[7]

UC-AFT applauds and supports Student Regent Designate Josiah Beharry's testimony to the Regents on January 25 in opposition to the regulation of university web sites. He was correct when he argued that the prohibition of "personal or collective opinions" would denigrate the scholarship and analysis of scholars engaged in the humanities and social sciences as somehow lacking in rigor compared to STEM or professional school researchers; that policing the content of department web sites can create a precedent to undermine the production and



REPRESENTING THE
TEACHING FACULTY &
LIBRARIANS OF THE
UNIVERSITY OF CALIFORNIA
HTTPS://UCAFT.ORG/

BERKELEY/SF
DAVIS
IRVINE
LOS ANGELES
MERCED
RIVERSIDE
SAN DIEGO
SANTA BARBARA
SANTA CRUZ

dissemination of research by any department; and that the UC should steer clear of "manufactured culture wars" rather than thrust itself headlong into them.[8]

We support UC Regents' and administrators' interest in preventing and effectively responding to antisemitism on campus. But we do not believe that a sweeping change in the academic freedom of campus employees is an effective or desirable means to address legitimate concerns about antisemitism. And we are concerned that targeting Gender and Sexuality Studies and Ethnic Studies programs for censorship will undermine the critically important roles that they play in the UC system.

The current political climate finds universities increasingly under attack by those who wish to discredit and undermine public higher education as a public good. Please do add fuel to this fire by adopting this new policy.

Thank you for your consideration,

*KRodger*

Katie Rodger, PhD
Lecturer, UC Davis
President, UC-AFT
president@ucaft.org

---

[1] "Regents Policy on Use of University Administrative Websites", Attachment 1 to Item J3 on the January 24 Regents meeting agenda for the joint meeting of the Academic and Student Affairs and Compliance and Audit Committees, https://regents.universityofcalifornia.edu/regmeet/jan24/jointacadaudit.pdf

[2] "Adoption of Regents Policy on the Use of University Administrative Websites," Action Item J1 on the March 20 Regents meeting agenda for the joint meeting of the Academic and Student Affairs and Compliance and Audit Committee, https://regents.universityofcalifornia.edu/regmeet/mar24/joint.pdf

[3] Robert Hurwitz, Chair of UC Academic Council, Memo to Academic Senate Division Chairs, "Re: Recommendations for Department Political Statements," June 2, 2022. https://senate.universityofcalifornia.edu/_files/reports/rh-senate-divs-recs-for-dept-statements.pdf

[4] "Berkeley Faculty Association response to The Joint Senate-Administration Workgroup on the Role of the University and its Units in Political Action." September 22, 2022. https://ucbfa.org/2022/09/bfas-response-re-units-in-political-action/

[5] "Gender Studies Departments In Solidarity With Palestinian Feminist Collective" http://genderstudiespalestinesolidarity.weebly.com/

[6] Press release. "Jewish Caucus Sends Letter to Colleagues Re: October 7 Attack, Rising Antisemitism, and the 2024 Legislative Year." 01/03/2024. https://jewishcaucus.legislature.ca.gov/press-release/2024-01-03-jewish-caucus-sends-letter-colleagues-re-october-7-attack-rising



REPRESENTING THE
TEACHING FACULTY &
LIBRARIANS OF THE
UNIVERSITY OF CALIFORNIA
HTTPS://UCAFT.ORG/

BERKELEY/SF
DAVIS
IRVINE
LOS ANGELES
MERCED
RIVERSIDE
SAN DIEGO
SANTA BARBARA
SANTA CRUZ

---

[7] "Joint Meeting: Academic and Student Affairs & Compliance and Audit Committees."
https://www.youtube.com/live/HwWDxvpWKME?feature=shared&t=2892

[8] "Joint Meeting: Academic and Student Affairs & Compliance and Audit Committees."
https://www.youtube.com/live/HwWDxvpWKME?feature=shared&t=1510