# Declaration of James Alsip

1. My name is James Alsip. I am a UC-Berkeley student and a registered signatory for the UC-Berkeley chapter of the Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality By Any Means Necessary.
2. Now that the Court has made clear its criteria for admission as intervenors, I ask the Court to recognize my status as a UC-Berkeley student directly affected by this case, as well as BAMN's UC-Berkeley chapter.
3. As a signatory and official representative, I am subject to discipline from the UC-Berkeley administration if the organization were to violate the UC-Berkeley Code of Conduct or any other law.
4. Since October 7, 2023, I have attended about a dozen protests and rallies at UC-Berkeley, including protests by UCB BAMN, opposing Israel's genocide and demanding freedom for the Palestinians.
5. For the last 8 days of UCB's pro-Palestine encampment in April-May 2024, I spent all my free time there and slept overnight. I participated in all the meetings and attended teach-ins and deescalation trainings, and I volunteered with trash clean-up, food distribution.
6. BAMN was founded at UC-Berkeley in 1995 and has grown into a national organization. BAMN is committed to building a mass movement for equality, uniting the civil rights, immigrant rights, women's rights, LGBT+ rights, and pro-Palestine and antiwar movements.
7. I joined UC-Berkeley BAMN in September 2024. We held a rally at UCB's Sproul Plaza on October 26, 2024 to protest Israel's bombing of Iran and to support a free Palestine.
8. We held a press conference on October 28, 2024 celebrating the intervenors' entrance into this case that BAMN has been leading.
9. We held a rally on Sproul Plaza on the day after Donald Trump's election, to defend immigrant rights and support Palestine.
10. As a member of UCB BAMN I plan to continue to sponsor, hold, and join protests for Palestinian freedom and liberation.
11. A decision in this case limiting pro-Palestine speech would directly affect BAMN at UC-Berkeley.
12. As BAMN initiated and is spearheading this legal intervention, our UCB chapter should be permitted to intervene. It would also directly affect me as a pro-Palestinian student who is committed to fighting for human rights.
13. Additionally, as a formal signatory for UCB BAMN, I have agreed to become "an agent on behalf of the group."[1] I am "an authorized representative of the organization that

---

[1] UCB Code of Student Conduct (I)(B): https://conduct.berkeley.edu/wp-content/uploads/2023/07/Code_of_Conduct-July_2023.pdf )

    voluntarily assume[s] responsibility for the activities and conduct of the organization."[2] That includes our participation in this case if UCB BAMN is admitted as an intervening organization.
14. Our signatories have agreed that our signatories who are admitted as individual intervenors are authorized to represent UCB BAMN.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 12th of November, 2024.

*James Alsip*

James Alsip

---

[2] UC-Berkeley website: https://lead.berkeley.edu/student-orgs/manage-your-org/