# Declaration of UCB Undergraduate Student #1

1. ███████████████████████████ I am a UC-Berkeley (UCB) student and a registered signatory for the UC-Berkeley chapter of the Coalition to Defend Affirmative Action, Integration and Immigrant Rights and Fight for Equality By Any Means Necessary.
2. I request that this declaration be filed under seal because I am fearful of the repercussions if my name is publicly associated with this case. I am aware that students have been doxxed by Canary Mission, harassed, intimidated, and lost academic and job opportunities. I am aware that organizations have driven trucks around UCB and at people's homes displaying students' names. I have seen anti-Palestine protesters harass and threaten and take video of our protests and am fearful of potential violence. All this makes me unwilling to disclose my name.
3. I ask the Court to recognize my status as a UC-Berkeley student directly affected by this case, as well as BAMN's UC-Berkeley chapter.
4. I am one of 4 signatories for BAMN who is responsible for the organization's continued status at UCB.
5. I have attended mutiple protests at UC-Berkeley in support of Palestine against the genocide being inflicted in Gaza by the Israeli military. This includes attending protests by UCB BAMN.
6. During UCB's pro-Palestine encampment in April-May 2024, I regularly participated in rallies at the encampment. I attended teach-ins at the encampment. I was also ready to mobilize to any emergency response protest if the encampment came under attack by the police or anti-Palestine protesters.
7. I joined UCB BAMN in August 2024. As a member of UCB BAMN, I plan to continue to sponsor, hold, and join protests for Palestinian freedom and liberation.
8. A decision in this case limiting pro-Palestine speech would directly affect BAMN at UC-Berkeley. It would also directly affect me as a pro-Palestinian student who is committed to fighting for human rights.
9. As BAMN initiated and is spearheading this legal intervention, our UC-Berkeley chapter should be permitted to intervene.
10. Additionally, as a formal signatory for UC-Berkeley BAMN, I have agreed to become "an agent on behalf of the group."[1] I am "an authorized representative of the organization that voluntarily assume[s] responsibility for the activities and conduct of the organization."[2] That includes our participation in this case if UC-Berkeley BAMN is admitted as an intervening organization.

---

[1] UCB Code of Student Conduct (I)(B): https://conduct.berkeley.edu/wp-content/uploads/2023/07/Code_of_Conduct-July_2023.pdf )
[2] UC-Berkeley website: https://lead.berkeley.edu/student-orgs/manage-your-org/

11. Our four signatories have agreed that our signatories who are admitted as individual intervenors are authorized to represent UC-Berkeley BAMN.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th of November, 2024.



("UCB Undergraduate Student #1")