TORRIDON LAW PLLC
John V. Coghlan (admitted *Pro Hac Vice*)
jcoghlan@torridonlaw.com
Tara Helfman (admitted *Pro Hac Vice*)
thelfman@torridonlaw.com
801 17th Street NW
Washington, DC 20006
Telephone: (202) 249-6900
Facsimile: (202) 249-6899

ELLIS GEORGE LLP
Eric M. George (CA Bar No. 166403)
egeorge@ellisgeorge.com
David J. Carroll (CA Bar No. 291665)
dcarroll@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW
Kenneth L. Marcus (admitted *Pro Hac Vice*)
klmarcus@brandeiscenter.com
L. Rachel Lerman (CA Bar No. 193080)
rlerman@brandeiscenter.com
1717 Pennsylvania Ave., NW, Suite 1025
Washington, DC 20006
Telephone: (202) 559-9296

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

The Louis D. Brandeis Center, Inc.; Jewish Americans for Fairness in Education (JAFE),

Plaintiffs,

vs.

Regents of the University of California, *et al.*

Defendants.

Case No. 3:23-cv-06133-JD

The Hon. James Donato

Trial Date: None Set

**NOTICE OF RECENT DECISION.**

**PLAINTIFFS' NOTICE OF RECENT DECISION**

Plaintiffs submit this notice to inform the Court of the recent decision in *Canaan v. Carnegie Mellon Univ.*, No. 2:23-cv-02107-WSH (W.D. Pa. Dec. 17, 2024), ECF No. 40, attached hereto as Exhibit A. The decision is relevant to Plaintiffs' arguments that Defendants' motion to dismiss should be denied.

DATED: December 26, 2024

By: /s/ John V. Coghlan

TORRIDON LAW PLLC
John V. Coghlan (admitted *Pro Hac Vice*)
jcoghlan@torridonlaw.com
Tara Helfman (admitted *Pro Hac Vice*)
thelfman@torridonlaw.com
1155 F Street NW
Washington, DC 20004
Telephone: (202) 249-6900

ELLIS GEORGE LLP
Eric M. George (State Bar No. 166403)
egeorge@ellisgeorge.com
David J. Carroll (State Bar 291665)
dcarroll@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100

THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW
Kenneth L. Marcus (admitted *Pro Hac Vice*)
klmarcus@brandeiscenter.com
L. Rachel Lerman (CA Bar No. 193080)
rlerman@brandeiscenter.com
1717 Pennsylvania Ave., NW, Suite 1025
Washington, DC 20006
Telephone: (202) 559-9296

Attorneys for Plaintiffs