HAILYN J. CHEN (State Bar No. 237436)
hailyn.chen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

BRYAN H. HECKENLIVELY (State Bar No. 279140)
bryan.heckenlively@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:     (415) 512-4000

*Attorneys for Defendants*

\* Additional counsel listed on following page.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE), <br><br> Plaintiffs, <br><br> vs. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA AT BERKELEY; BERKELEY LAW SCHOOL; MICHAEL DRAKE, in his official capacity as President of the University of California; CAROL T. CHRIST, in her official capacity as Chancellor of the University of California, Berkeley; BEN HERMALIN, in his official capacity as Provost of the University of California, <br><br> Defendants. | Case No. 3:23-cv-06133-JD <br><br> **NOTICE OF RECENT DECISION** <br><br> Complaint Filed:  November 28, 2023 <br> Trial Date:  Not Set <br> Judge:  Hon. James Donato |

1

2  CHARLES F. ROBINSON (State Bar No. 113197)
   RHONDA GOLDSTEIN (State Bar No. 250387)
3  KATHARINE ESSICK (State Bar No. 219426)
   CAROL LYNN THOMPSON (State Bar No. 148079)
4  carol.thompson@ucop.edu
   UNIVERSITY OF CALIFORNIA
5  Office of the General Counsel
   1111 Franklin Street, 8th Floor
6  Oakland, CA 94607-9800
   Telephone:     (510) 987-9800
7  Facsimile:     (510) 987-9757

8

9  HELEN E. WHITE (admitted pro hac vice)
   helen.white@mto.com
10 MUNGER, TOLLES & OLSON LLP
   601 Massachusetts Ave NW, Ste. 500E
11 Washington, District of Columbia 20001-5369
   Telephone:     (202) 220-1136
12 Facsimile:     (202) 220-2300

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANTS' NOTICE OF RECENT DECISION**

Defendants submit this notice to inform the Court of the recent decision from the Eastern District of California in *Jonathan Groveman v. Regents of The University of California,* No. 2:24-cv-01421-WBS-AC, 2025 WL 391312 (E.D. Cal. Feb. 4, 2025), attached hereto as Exhibit A. The *Groveman* decision is relevant to Defendants' arguments that Plaintiffs have failed to state claims under the Equal Protection Clause (Mot. to Dismiss First Am. Compl., Dkt. 68 at 8), the Free Exercise Clause (*id.* at 8–9), and Title II of the Americans With Disabilities Act ("ADA") (*id.* at 14–15).

DATED: February 7, 2025　　　　　　　　MUNGER, TOLLES & OLSON LLP

By:　　*Bryan H. Heckenlively*
　　　　BRYAN H. HECKENLIVELY
　　　　Attorney for Defendants