UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE),

Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA; THE UNIVERSITY OF CALIFORNIA AT BERKELEY; ET AL.,

Defendant.

Case No. 3:23-cv-06133-JD

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) The Louis D. Brandeis Center and JAFE, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Alex M. Weingarten, Lee Wolosky (*pro hac vice* forthcoming), and Andrew J. Lichtman (*pro hac vice* forthcoming); Willkie Farr & Gallagher LLP

Name(s) of counsel withdrawing from representation and firm name:

Eric M. George and David J. Carroll; Ellis George LLP

Date: March 28, 2025

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____   _____
                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE