HAILYN J. CHEN (State Bar No. 237436)
hailyn.chen@mto.com
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

BRYAN H. HECKENLIVELY (State Bar No. 279140)
bryan.heckenlively@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendants, THE REGENTS OF
THE UNIVERSITY OF CALIFORNIA, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE),<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHAEL DRAKE, in his official capacity as President of the University of California; RICHARD K. LYONS, in his official capacity as Chancellor of the University of California, Berkeley; BEN HERMALIN, in his official capacity as Provost of the University of California,<br><br>Defendants. | Case No. 3:23-cv-06133<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND FILE INITIAL DISCLOSURES** |

Plaintiffs The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education, Defendants Regents of the University of California, Michael Drake, Richard K. Lyons, and Ben Hermalin, and Intervenors Shmuel Barkan, Malak Afaneh, Isaac Tragarz, and Zaid

1  Yousef, through their counsel, and without admission of any kind, or waiver of any defense,
2  objection, or response, stipulate as follows:
3      WHEREAS, Plaintiffs filed their First Amended Complaint on May 3, 2024;
4      WHEREAS, Defendants filed a Motion to Dismiss the First Amended Complaint on June
5  10, 2024:
6      WHEREAS, the Court granted the Motion to Dismiss in part and denied the Motion to
7  Dismiss in part on March 31, 2025;
8      WHEREAS, the Court granted Plaintiffs leave to file a Second Amended Complaint by
9  April 18, 2025;
10     WHEREAS, Plaintiffs informed Defendants on April 16, 2025 that they did not plan to file
11 a Second Amended Complaint;
12     WHEREAS, Local Rule 6-1 permits the parties to "stipulate in writing, without a Court
13 order, to extend the time within which to answer or otherwise respond to the complaint," if "the
14 change will not alter the date of any event or any deadline already fixed by Court order";
15     WHEREAS, the parties have agreed to extend Defendants' time to answer or otherwise
16 respond to the Complaint to May 9, 2025;
17     WHEREAS, the parties have agreed to extend the deadline for Plaintiffs and University
18 Defendants to serve all parties with their initial disclosures under Federal Rule of Civil Procedure
19 26(a) to May 9, 2025;
20     WHEREAS, the parties have agreed to extend the deadline for Intervenors to serve all
21 parties with their initial disclosures under Federal Rule of Civil Procedure 26(a) to May 16, 2025;
22     WHEREAS, this stipulation will not alter the date of any event or deadline already fixed
23 by Court order;
24     NOW, THEREFORE, Plaintiffs and Defendants, through their counsel, stipulate as
25 follows:
26     IT IS HEREBY STIPULATED that Defendants' deadline to answer Plaintiffs' First
27 Amended Complaint and Plaintiffs' and Defendants' deadline to provide initial disclosures is
28

extended to and includes May 9, 2025, and that Intervenors' deadline to provide initial disclosures is extended to and includes May 16, 2025.

DATED: April 23, 2025                MUNGER, TOLLES & OLSON LLP

By:   */s/ Bryan H. Heckenlively*
      BRYAN H. HECKENLIVELY
Attorneys for Defendants, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.

DATED: April 23, 2024                WILLKIE FARR & GALLAGHER LLP

By:   */s/ Alex M. Weingarten*
      ALEX M. WEINGARTEN
Attorneys for Plaintiffs, THE LOUIS D. BRANDEIS CENTER, INC., et al.

DATED: April 23, 2024                UNITED FOR EQUALITY AND AFFIRMATIVE ACTION LEGAL DEFENSE FUND

By:   */s/ Shanta Driver*
      SHANTA DRIVER
Attorneys for Defendant-Intervenors, MALAK AFANEH, et al.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By: */s/ Bryan H. Heckenlively*
BRYAN H. HECKENLIVELY
Attorney for Defendants