UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-06133-JD<br><br>**THIRD AMENDED SCHEDULING ORDER** |

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
|---|---|
| Add parties or amend pleadings | Closed |
| Fact discovery cut-off | March 20, 2026 |
| Expert disclosures | April 17, 2026 |
| Rebuttal expert disclosures | May 8, 2026 |
| Expert discovery cut-off | June 5, 2026 |
| Last day to file dispositive and *Daubert* motions | July 2, 2026 |
| Pretrial conference | Thursday, November 19, 2026, at 1:30 p.m. |
| Trial | Monday, December 7, 2026, at 9:00 a.m. |

1  All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: October 23, 2025

_____
JAMES DONATO
United States District Judge