| | |
|---|---|
| TORRIDON LAW PLLC<br>John V. Coghlan (admitted *Pro Hac Vice*)<br>jcoghlan@torridonlaw.com<br>Tara Helfman (admitted *Pro Hac Vice*)<br>thelfman@torridonlaw.com<br>801 17th Street NW<br>Washington, DC 20006<br>Telephone: (202) 249-6900<br>Facsimile: (202) 249-6899<br><br>THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW<br>Kenneth L. Marcus (admitted *Pro Hac Vice*)<br>klmarcus@brandeiscenter.com<br>L. Rachel Lerman (State Bar No. 193080)<br>rlerman@brandeiscenter.com<br>1717 Pennsylvania Ave., NW, Suite 1025<br>Washington, DC 20006<br>Telephone: (202) 559-9296 | WILLKIE FARR & GALLAGHER LLP<br>Alex M. Weingarten (SBN 204410)<br>AWeingarten@willkie.com<br>2029 Century Park East, Suite 2900<br>Los Angeles, CA 90067<br>Telephone: (310) 855-3000<br>Facsimile: (310) 855-3099<br><br>WILLKIE FARR & GALLAGHER LLP<br>Lee Wolosky (admitted *Pro Hac Vice*)<br>LWolosky@willkie.com<br>Andrew J. Lichtman (admitted *Pro Hac Vice*)<br>ALichtman@willkie.com<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-3157 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE),<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; JAMES B. MILLIKEN, in his official capacity as President of California; RICHARD K. LYONS, in his official capacity as Chancellor of the University of California, Berkeley; BEN HERMALIN, in his official capacity as Provost of the University of California,<br><br>Defendants. | Case No. 3:23-cv-06133-JD<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING LITIGATION DUE TO SETTLEMENT IN PRINCIPLE** |

Plaintiffs The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education and Defendants The Regents of the University of California, James B. Milliken, Richard K. Lyons, and Ben Hermalin, through their counsel, and without admission of any kind, or waiver of any defense, objection, or response, stipulate as follows:

WHEREAS, on October 22, 2025, the Court entered the operative Scheduling Order in this case, Dkt. 127, which includes the following deadlines:

- Fact discovery cut-off:           March 20, 2026
- Expert disclosures:               April 17, 2026
- Rebuttal expert disclosures:      May 8, 2026
- Expert discovery cut-off:         June 5, 2026
- Dispositive/*Daubert* motions:    July 2, 2025
- Pretrial conference:              November 19, 2026
- Trial:                            December 7, 2026

WHEREAS, Plaintiffs and Defendants have reached a settlement-in-principle that would resolve this matter in its entirety, such that continuing to proceed with the litigation as contemplated by the current schedule would be inefficient and wasteful;

WHEREAS, Plaintiffs and Defendants are working to reduce that settlement-in-principle to a final written settlement agreement and obtain the necessary approvals from the University of California Board of Regents;

WHEREAS, Plaintiffs and Defendants have informed Intervenors that a settlement-in-principle has been reached;

WHEREAS, once a settlement agreement has been finalized and fully approved, Plaintiffs and Defendants will seek Intervenors' consent to dismiss the litigation and then either file a stipulated dismissal or a motion to dismiss under Fed. R. Civ. P. 41;

NOW THEREFORE, it is hereby stipulated and agreed by Plaintiffs and Defendants, subject to the order of the Court, that:

1. All current deadlines should be vacated and removed from the calendar;
2. The litigation should be stayed.

|     |     |
| --- | --- |
|     | Respectfully Submitted, |
| Dated January 29, 2026 | By:  /s/Andrew J. Lichtman<br>ANDREW J. LICHTMAN<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-3157<br>ALichtman@willkie.com<br><br>*Attorney for Plaintiffs The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education (JAFE)* |
| Dated January 29, 2026 | By:  /s/ Bryan H. Heckenlively<br>BRYAN H. HECKENLIVELY<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone:   (213) 683-9100<br>Facsimile:   (213) 687-3702<br>bryan.heckenlively@mto.com<br><br>*Attorney for Defendants*, *The Regents of the University of California, et al.* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Bryan H. Heckenlively, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 29th day of January 2026, at Los Angeles, California

/s/ *Bryan H. Heckenlively*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties and good cause appearing, IT IS ORDERED that:

1. All current deadlines be removed from the calendar;
2. The litigation is stayed.

Dated: _____

                                                    The Honorable James Donato
                                                    United States District Judge