SHANTA DRIVER, Michigan Bar No. P65007*
RONALD CRUZ, California Bar No. 267038
United for Equality and Affirmative Action Legal Defense Fund (UEAALDF)
755 McAllister Street
San Francisco, CA 94102
Ph: (313) 683-0942  Fax: (313) 586-0089
ronald.cruz@ueaa.net
*Attorneys for Intervenor-Defendants*
*Appearance pro hac vice

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC., JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE)<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>Defendants,<br><br>and<br><br>ZAID YOUSEF, ISAAC (IZZY) TRAGARZ<br><br>Defendant-Intervenors. | Case No. 3:23-cv-06133-JD<br><br>**INTERVENORS' REQUEST FOR RESPONSE TO PENDING MOTIONS AND NOTICE OF INTENT TO FILE INTERLOCUTORY APPEAL IF THEY ARE NOT ACTED ON** |

On June 20, 2025, the Student Intervenors filed a Motion for leave to file a motion for reconsideration, and a Motion for Reconsideration. (Dkt. Nos. 119 and 120) They asked this Court to revisit decisions that, together, were effectuating the *de facto* removal of the Intervenors from the above-titled case without a basis. The Court has not acted on that Motion.

On January 29, 2026, the University Defendants joined with the Plaintiffs in informing the Court of a "settlement in principle" reached between the two. (Dkt. No. 130) The University Defendants' decision to keep the existence of—and all information—about these settlement talks

secret from the Intervenors indicates that the settlement likely will violate the Student Intervenors' First Amendment rights.

On February 13, 2026, the Intervenors filed a discovery motion seeking leave to notice the depositions of JAFE Members #1 and #2, and the Court has similarly not taken action on that Discovery Motion even though Fact Discovery cutoff is March 20, 2026.

The Intervenors have given the Court every opportunity to rule on these Motions.

The Intervenors request the Court to respond to these motions by Monday, March 9, so that an interlocutory motion to the Ninth Circuit is not necessary.

By the Defendant-Intervenors' Attorneys,
UNITED FOR EQUALITY AND AFFIRMATIVE
ACTION LEGAL DEFENSE FUND (UEAALDF)

BY: /s/ Shanta Driver
Date: March 5, 2026