TORRIDON LAW PLLC
John V. Coghlan (admitted *Pro Hac Vice*)
jcoghlan@torridonlaw.com
Tara Helfman (admitted *Pro Hac Vice*)
thelfman@torridonlaw.com
801 17th Street NW
Washington, DC 20006
Telephone: (202) 249-6900
Facsimile: (202) 249-6899

THE LOUIS D. BRANDEIS CENTER FOR
HUMAN RIGHTS UNDER LAW
Kenneth L. Marcus (admitted *Pro Hac Vice*)
klmarcus@brandeiscenter.com
L. Rachel Lerman (SBN 193080)
rlerman@brandeiscenter.com
1717 Pennsylvania Ave., NW, Suite 1025
Washington, DC 20006
Telephone: (202) 559-9296

WILLKIE FARR & GALLAGHER LLP
Alex M. Weingarten (SBN 204410)
AWeingarten@willkie.com
2029 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 855-3000
Facsimile: (310) 855-3099

WILLKIE FARR & GALLAGHER LLP
Lee Wolosky (admitted *Pro Hac Vice*)
LWolosky@willkie.com
Andrew J. Lichtman (admitted *Pro Hac Vice*)
ALichtman@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-3157
Facsimile: (212) 728-8111

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.; JEWISH AMERICANS FOR FAIRNESS IN EDUCATION (JAFE), <br><br> Plaintiffs, <br><br> vs. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA; JAMES B. MILLIKEN, in his official capacity as President of the University of California; RICHARD K. LYONS, in his official capacity as Chancellor of the University of California, Berkeley; BEN HERMALIN, in his official capacity as Provost of the University of California, <br><br> Defendants. | Case No.  3:23-cv-06133-JD <br><br> **NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiffs The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education (JAFE) and Defendant The Regents of the University of California executed a final Settlement Agreement on March 19, 2026, which provides for the dismissal and release of all claims in this action.

On or before March 26, 2026, Plaintiffs and Defendants will file either (i) a stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) if Intervenors consent to dismissal; or (ii) a motion to dismiss with prejudice under Federal Rule of Civil Procedure 41(a)(2) if Intervenors do not consent to dismissal.

Respectfully Submitted,

Dated March 19, 2026

By:   /s/Andrew J. Lichtman
ANDREW J. LICHTMAN
Alex M. Weingarten (SBN 204410)
AWeingarten@willkie.com
WILLKIE FARR & GALLAGHER LLP
2029 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 855-3000
Facsimile: (310) 855-3099

Lee Wolosky (admitted *Pro Hac Vice*)
LWolosky@willkie.com
Andrew J. Lichtman (admitted *Pro Hac Vice*)
ALichtman@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-3157
Facsimile: (212) 728-8111

John V. Coghlan (admitted *Pro Hac Vice*)
jcoghlan@torridonlaw.com
Tara Helfman (admitted *Pro Hac Vice*)
thelfman@torridonlaw.com
TORRIDON LAW PLLC
801 17th Street NW
Washington, DC 20006
Telephone: (202) 249-6900
Facsimile: (202) 249-6899

Kenneth L. Marcus (admitted *Pro Hac Vice*)
klmarcus@brandeiscenter.com
L. Rachel Lerman (SBN 193080)
rlerman@brandeiscenter.com
THE LOUIS D. BRANDEIS CENTER FOR
HUMAN RIGHTS UNDER LAW
1717 Pennsylvania Ave., NW, Suite 1025
Washington, DC 20006
Telephone: (202) 559-9296

*Attorneys for Plaintiffs The Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education (JAFE)*

Dated: March 19, 2026

By:    */s/Bryan H. Heckenlively*
BRYAN H. HECKENLIVELY
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
bryan.heckenlively@mto.com

*Attorney for Defendants, The Regents of the University of California, et al.*

3
NOTICE OF SETTLEMENT

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Andrew J. Lichtman, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 19th day of March 2026, at New York, New York

_____ */s/ Andrew J. Lichtman*_____