UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: April 30, 2026                                    Judge: Hon. James Donato

Time: 8 Minutes

Case No.        **3:23-cv-06133-JD**
Case Name       **The Louis D. Brandeis Center, Inc. et al v. Regents of the University of California et al**

Attorney(s) for Plaintiff(s):      Paul Eckles/Deena Margoles
Attorney(s) for Defendant(s):      Bryan Heckenlively
Attorney(s) for Intervenor(s):     Ronald Cruz

Deputy Clerk: Lisa R. Clark                          Court Reporter: Andrea Bluedorn

PROCEEDINGS

Motion hearing -- held.

NOTES AND ORDERS

The motion for voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), Dkt. No. 139, is granted. Intervenors did not identify any formal legal prejudice they might suffer from the settlement, and so they lack standing to object. *See Sweet v. Cardona*, 121 F.4th 32, 45 (9th Cir. 2024), *cert. denied sub nom. Everglades Coll., Inc. v. McMahon*, No. 25-492, 2026 WL 490787 (U.S. Feb. 23, 2026) ("[N]on-settling intervenors[] lack standing to object to the district court's settlement approval unless they demonstrate formal legal prejudice.").

The case is closed. All pending motions are terminated.

1